**FILED**

APR − 9 2014

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: )
)
)
WEST SIDE COMMUNITY )  Case No. 13 B 27091
HOSPITAL INC., ET. AL., )
)
)
)  Chapter 11
Debtors. )
_____ )

## FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER GRANTING APPLICATION OF SHAW FISHMAN GLANTZ & TOWBIN, LLC, ATTORNEYS FOR DEBTOR IN POSSESSION, FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $446,581.50 | TOTAL COSTS REQUESTED: | $6,690.53 |
| TOTAL FEES REDUCED: | $3,473.30 | TOTAL COSTS REDUCED: | $2,783.94 |
| TOTAL FEES ALLOWED: | $443,108.20 | TOTAL COSTS ALLOWED: | $3,906.59 |

### TOTAL FEES AND COSTS ALLOWED: $447,014.79

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(2)    Unreasonable Time**

The Court denies the allowance in part of compensation for the following task since the professional or paraprofessional expended an unreasonable amount of time on this task in light of the nature of the task, the experience and knowledge of the professional performing the task, and the amount of time previously expended by the professional or another on the task. *In re Pettibone,* 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project... An attorney should not be rewarded for inefficiency.  Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate."); *In re Wildman,* 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (same).

As to the time devoted to the preparation of the fee application itself, the Court denies the allowance of compensation that is disproportionate to the total hours in the main case. *In re Wildman,* 72 B.R. 700, 711 (Bankr. N.D. Ill. 1987) ("In the absence of unusual circumstances, the hours allowed by this Court for preparing and litigating the attorney fee application should not exceed three percent of the total hours in the main case."); *In re Spanjer Bros., Inc.,* 203 B.R. 85, 93 (Bankr. N.D. Ill. 1996) (compensation limited to 5%). *See also In re Pettibone Corp.,* 74 B.R. 293, 304 (Bankr. N.D. Ill. 1987) (citing *Coulter v. State of Tennessee,* 805 F.2d 146, 151 (6th Cir. 1986) (in non-bankruptcy cases, compensation for preparation and litigation of fee petitions limited to 3-5% of the hours of the main case)).

**(4)    Insufficient Description**

The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone,* 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a

description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

**(6)     Meal Expenses**

The Court denies the allowance of reimbursement of this meal expense. *In re Covent Guardian Corp.*, 103 B.R. 937, 942 (Bankr. N.D. Ill. 1989) ("[I]t is highly unlikely that counsel could prove that the meal expenses were reasonably necessary for the proper representation of the debtor . . . If the attorney were not working on the case, he would still have to eat. Accordingly, the Court finds that, except in very limited circumstances, local meals are not reasonably necessary for the proper representation of the client.").

**(7)     Lumping**

The Court may impose a ten percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

**(11)     Overhead Costs are Non-Compensable**

The Court denies reimbursement for fees or expenses that are overhead costs. Expenses which are overhead are not compensable because they are built into the hourly rate. *See In re Wildman*, 72 B.R. 700, 731 (Bankr. N.D. Ill. 1987). Overhead, for bankruptcy purposes, includes "all continuous administrative or general costs or expenses incident to the operation of the firm which cannot be attributed to a particular client or cost." *In re Convent Guardian Corp.*, 103 B.R. 937, 939-40 (Bankr. N.D. Ill. 1989) (quoting *In re Thacker*, 48 B.R. 161, 164 (Bankr. N.D. Ill. 1985)).

**(12)     Clerical Work Not Compensable**

The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are not in the nature of professional services and must be absorbed by the applicant's firm as an overhead expense. *In re Dimas, LLC*, 357 B.R. 563, 577 (Bankr. N.D. Cal. 2006) (citing *Missouri v. Jenkins*, 491 U.S. 274, 288 n. 10 (1989)). *See also In re Chellino*, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); *Souza v. Miguel*, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

Dated: April 9, 2014

Eugene R. Wedoff
United States Bankruptcy Judge

**Shaw Fishman Glantz & Towbin LLC**

| | | | | | |
|---|---|---|---|---|---|
| West Side Community Hospital Inc d/b/a Sacred Heart Hospital | | | | | March 19, 2014 |
| I.D. 10615-001 - RMF | | | | | Invoice 13670 |
| Re: Chapter 11 Cases | | | | | |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/16/13 | AJG | Continued drafting cash collateral motion. | 0.80 | 435.00 | 348.00 |
| 10/17/13 | AJG | Email from D. McLaughlin and to W. Schwartz re: payoff of DIP Loan (.1); emails to and from E. Halper re: payoff of DIP (.2); email to D. McLaughlin re: same (.1); continued to prepare cash collateral motion (1.6). | 2.00 | 435.00 | 870.00 |
| 10/18/13 | AJG | Revised and finalized draft of cash collateral motion (1.4); conferences (3) with E. Halper re: possible agreement on use of cash collateral and vehicle title issues (.5); conference with P. Rundell re: same (.4); emails to and from E. Halper re: same (.1); reviewed titles and lien search results for vehicles sold at auction (.5); emails to R. Ettin re: titles (.2); email to D. McLaughlin re: additional vehicles (.1) | 3.20 | 435.00 | 1,392.00 |
| 10/21/13 | AJG | Conferences with B. Schwartz re: calculation of DIP loan repayments (.2); emails to and from P. Rundell re: same (.1). | 0.30 | 435.00 | 130.50 |
| 10/22/13 | AJG | Conference with E. Halper re: cash collateral meeting and email to E. Halper confirming same. | 0.10 | 435.00 | 43.50 |
| 10/25/13 | AJG | Examined revised cash collateral budget (.2); email to E. Halper re: same (.1). | 0.30 | 435.00 | 130.50 |
| 10/30/13 | AJG | Meeting with P. Rundell, M. Hayes, E. Halper and K. Goodman re: use of cash collateral (2.0); conference with R. Fishman re: same (.4); conferences (2) with P. Rundell re: same (.3); conference with K. Goodman re: cash collateral issues (.3); conference with K. Robinson re: same (.2). | 3.20 | 435.00 | 1,392.00 |
| | | **Cash Collateral/DIP Financing Totals** | **49.50** | | **21,592.50** |

**Creditors and Claims**

| | | | | | |
|---|---|---|---|---|---|
| 07/03/13 | MAW | Met with P. Fredericks re creditor list and filing of petition. | 0.10 | 200.00 | 20.00 |
| 07/08/13 | MAW | Corresponded with A. Guon re Consolidated 30 largest creditor list and prepared PDFs of 20 largest creditor lists (0.2); prepared mailing of notices of bankruptcy to additional creditors per D. Doyle's request (0.5). | 0.70 | 200.00 | 140.00 |
| 07/09/13 | RMF | Conference call with Garden City Group and A. Guon re notice and claims issues. | 0.50 | 675.00 | 337.50 |
| 07/12/13 | DRD | Coordinate additional notice or bankruptcy filing to certain creditors. | 0.20 | 290.00 | 58.00 |
| 07/12/13 | MAW | Updated creditor lists for all debtors with new addresses and sent bankruptcy notices to new addresses per D. Doyle's request (1.3); prepared and filed supplemental certificate of service re same (0.5). | 1.80 | 200.00 | 360.00 |
| 07/16/13 | MAW | Updated creditor addresses and created new creditor matrix address list to use for new service list. | 0.30 | 200.00 | 60.00 |
| 07/17/13 | DRD | Confer with employee at Sacred Heart hospital regarding claim. | 0.20 | 290.00 | 58.00 |
| 07/22/13 | AJG | Reviewed draft proof of claim prepared by GCG (.3); email to H. Montgomery re: same (.1). | 0.40 | 435.00 | 174.00 |
| 07/29/13 | DRD | Begin drafting claims bar date motion. | 0.40 | 290.00 | 116.00 |

*(handwritten: ⑫ −100.00)*

*(handwritten: −$100.00)*

**Shaw Fishman Glantz & Towbin LLC**

---

| West Side Community Hospital Inc d/b/a Sacred Heart Hospital | | March 19, 2014 |
| I.D. 10615-001 - RMF | | Invoice 13670 |
| Re: Chapter 11 Cases | | |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 01/07/14 | JLD | Prepare subpoena to FirstMerit pursuant to Rule 2004 (.6); research service of subpoena in light of December 2013 amendment to Federal Rule 45 governing service of subpoenas (2.5). | 3.10 | 310.00 | 961.00 |
| 01/08/14 | AJG | Conference with D. McLaughlin re: Sacred Heart transfers for Bentley's benefit (.3); conference with J. Devroye re: 2004 subpoenas (.2); conference with E. Halper re: accepting service for FirstMerit (.2). | 0.70 | 450.00 | 315.00 |
| 01/08/14 | JLD | Discuss subpoenas to FirstMerit, Bentley Entities, and Cedar Consulting with A. Guon (.2); draft riders to same (1.7). | 1.90 | 310.00 | 589.00 |
| 01/13/14 | JLD | Discuss changes to subpoena riders for FirstMerit and Bentley Entities with A. Guon (.5); revise subpoena riders for FirstMerit, Bentley Entities, and Cedar Consulting (.7). | 1.20 | 310.00 | 372.00 |
| 01/13/14 | AJG | Examined updated information on transfers to West Side Management | 0.30 | 450.00 | 135.00 |
| 01/13/14 | AJG | Reviewed and revised subpoena rider to First Merit (.5); conference with J. Devroye re: same (.4). | 0.90 | 450.00 | 405.00 |
| 01/14/14 | JLD | Discuss subpoena riders for FirstMerit, Bentley Entities, and Cedar Consulting with A. Guon (.3); make further revisions to subpoena riders per A. Guon (2.3). | 2.60 | 310.00 | 806.00 |
| 01/14/14 | AJG | Reviewed and revised First Merit 2004 subpoena. | 1.10 | 450.00 | 495.00 |
| 01/15/14 | JLD | Finalize and e-mail to E. Halpern, counsel for FirstMerit, the subpoena rider in order to see if he will agree to accept service of the subpoena on behalf of FirstMerit. | 0.20 | 310.00 | 62.00 |
| 01/17/14 | AJG | Conference with J. Nathan re: 2004 Subpoenas related to Bentley entities (.2). | 0.20 | 450.00 | 90.00 |
| 01/20/14 | AJG | Reviewed and revised Bentley riders to subpoenas. | 0.60 | 450.00 | 270.00 |
| 01/21/14 | AJG | Conference with J. Devroye re: service of subpoenas. | 0.20 | 450.00 | 90.00 |
| 01/22/14 | AJG | Reviewed and revised subpoena riders to Bentley Entities and Cedar Consulting. | 0.60 | 450.00 | 270.00 |
| 01/23/14 | JLD | File subpoenas of Bentley Entities and Cedar Consulting (.1); serve 2004 exam subpoenas on Bentley Entities' attorneys (.2). | 0.30 | 310.00 | 93.00 |
| 01/29/14 | AJG | Email from E. Halper re: production of documents related to 2004 subpoena. | 0.10 | 450.00 | 45.00 |
| 01/30/14 | AJG | Email to K. Robinson re: Sacred Heart transfers to West Side Community Management. | 0.10 | 450.00 | 45.00 |
| 01/30/14 | JLD | Begin drafting subpoena rider for West Side Management subpoena (2.0); continue drafting same (.3). | 2.30 | 310.00 | 713.00 |
| 01/31/14 | JLD | Continue drafting rider for West Side Management document subpoena. | 0.70 | 310.00 | 217.00 |
| 02/24/14 | AJG | Conference with K. Robinson re: special counsel retention (.1); email to K. Robinson re: same (.1); conference with P. Rundell re: same (.2); examined Novak's supplemental response to government's renewed motion for protective order (.2); email to C. | 0.70 | 450.00 | 315.00 |

(12)
_93.00

$_93.00

**Shaw Fishman Glantz & Towbin LLC**

---

| West Side Community Hospital Inc d/b/a Sacred Heart Hospital | March 19, 2014 |
|---|---|
| I.D. 10615-001 - RMF | Invoice 13670 |
| Re: Chapter 11 Cases | |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Plan of Reorganization** | | | | | |
| 07/10/13 | AJG | Conference with P. Rundell re: consolidation and equity related issues (.2). | 0.20 | 435.00 | 87.00 |
| 10/04/13 | AJG | Conference with P. Rundell re: settlement proposal for Novak (.5). | 0.50 | 435.00 | 217.50 |
| 10/07/13 | AJG | Conference with W. Turner, K. Robinson and B. Barrett re: settlement discussions with Novak entities (1.0); email to P. Rundell re: same (.1). | 1.10 | 435.00 | 478.50 |
| 10/17/13 | DRD | Draft, revise, finalize, file and serve motion to extend exclusive period to file chapter 11 plan and solicit acceptances. | 3.10 | 290.00 | 899.00 |
| 10/17/13 | AJG | Reviewed and revised motion to extend exclusivity (.4). | 0.40 | 435.00 | 174.00 |
| 10/22/13 | AJG | Prepared for (.2) and attended hearing on motion to extend plan exclusivity (.3). | 0.50 | 435.00 | 217.50 |
| 10/31/13 | AJG | Conference with W. Turner and K. Robinson re: Garfield sale, Bentley insurance and possible sale of Sacred Heart real estate to West Side Management (.8); conference with P. Rundell re: same (.5); conference with K. Davis re: BCBS request by Novak cost reports (.1); conference with K. Robinson re: cost reports (.2); email to K. Robinson re: same (.2). | 1.80 | 435.00 | 783.00 |
| 11/06/13 | AJG | Post-hearing conference with K. Robinson re: general case issues, insurance and sale (.5). | 0.50 | 435.00 | 217.50 |
| 12/10/13 | AJG | Conference with P. Rundell re: issues to be addresses in potential plan (.4); prepared for (.4) and attended meeting with P. Rundell, J. Riley and M. Bina re: outstanding issues to address for plan (2.4). | 3.20 | 435.00 | 1,392.00 |
| 12/13/13 | AJG | Conference with G. Silver re: plan and sacred hearing sale (.3); conference with P. Rundell and D. McLaughlin re: plan items and steps (.3). | 0.60 | 435.00 | 261.00 |
| 12/17/13 | AJG | Conference with J. Scheller, K. Robinson re: J. Nathan re: plan issues (.4). | 0.40 | 435.00 | 174.00 |
| 12/19/13 | AJG | Conference with K. Robinson re: settlement, professional fees, insurance and case status issues. | 1.00 | 435.00 | 435.00 |
| 12/19/13 | AJG | Conference with P. Rundell re: plan structure and potential settlement with Novak (.4). | 0.40 | 435.00 | 174.00 |
| 01/03/14 | RMF | Spoke to A. Guon re possible structure and terms of a plan. | 0.30 | 695.00 | 208.50 |
| 01/03/14 | AJG | Conference with K. Robinson re: plan negotiation and funding (.3); conference with R. Fishman re: outline of joint plan (.4). | 0.70 | 450.00 | 315.00 |
| 01/09/14 | AJG | Conference with P. Rundell and D. McLaughlin re: Novak plan settlement issues (.8); conference with W. Turner re: same (.6); additional conference with P. Rundell re: same (.1). | 1.50 | 450.00 | 675.00 |
| 01/13/14 | AJG | Conference with P. Rundell re: Novak settlement options for plan. | 0.30 | 450.00 | 135.00 |
| 01/14/14 | AJG | Court appearance re: status on plan (.5); post-hearing conference with K. Robinson re: plan settlement proposals (.5). | 1.00 | 450.00 | 450.00 |
| 01/16/14 | AJG | Conference with P. Rundell re: treatment of unsecured creditors under plan. | 0.30 | 450.00 | 135.00 |

*[handwritten annotation next to 10/17/13 DRD entry:]* lumping compensable w/ non-compensable (7) -89.90

*[handwritten at bottom:]* -$89.90

**Shaw Fishman Glantz & Towbin LLC**

| | | | | | |
|---|---|---|---|---|---|
| West Side Community Hospital Inc d/b/a Sacred Heart Hospital | | | | March 19, 2014 | |
| I.D. 10615-001 - RMF | | | | Invoice 13670 | |
| Re: Chapter 11 Cases | | | | | |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | **Plan of Reorganization Totals** | **57.20** | | **22,407.50** |

**Pre-Petition Litigation**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/01/13 | AJG | Court appearance re: motion to extend deadline to remove state court actions (.4). | 0.40 | 435.00 | 174.00 |
| 10/02/13 | AJG | Email to D. McLaughlin re: order preserving right to remove civil actions. | 0.10 | 435.00 | 43.50 |
| 01/17/14 | DRD | Communications with Susan V. Nordheim (former in-house counsel) and M. Westbrook regarding valuation of prepetition lawsuit claims for plan. | 0.40 | 310.00 | 124.00 |
| | | **Pre-Petition Litigation Totals** | **0.90** | | **341.50** |

**Retention of Professionals**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/08/13 | MSR | Review Paul Rundell declaration and speak with J. Guzzardo re: background of case; Draft GCG retention application and utilities motion. | 4.90 | 290.00 | 1,421.00 |
| 07/08/13 | JWG | Review of case file and docket, legal research and drafting of: motion to extend schedules and statements deadline; motion to retain Shaw Fishman; and motion to retain Alvarez and Marsal. ("A&M") | 8.10 | 350.00 | 2,835.00 ⑦ -283.50 |
| 07/08/13 | AJG | Conference with M. Reiser and J. Guzzardo re: preparation of retention applications and other routine motions. | 0.30 | 435.00 | 130.50 |
| 07/08/13 | AJG | Examined Ryan & Swygart retention agreement and emails to and from M. Bina and D. McLaughlin re: same. | 0.20 | 435.00 | 87.00 |
| 07/09/13 | MSR | Draft Krieg DeVault retention application. | 3.10 | 290.00 | 899.00 |
| 07/09/13 | AJG | Conference with GCG and R. Fishman re: noticing and claims agent initial logistics call (.5); reivewed GCG agreement (.4); reviewed draft motion to approve GCG as claims and noticing agent (.4). | 1.30 | 435.00 | 565.50 |
| 07/09/13 | AJG | Review and revise of motions to retain Shaw Fishman (.4) and; Kreig Devault (.4). | 0.80 | 435.00 | 348.00 |
| 07/10/13 | MSR | Draft GCG retention application. | 3.10 | 290.00 | 899.00 |
| 07/10/13 | AJG | Conference with E. Gottlieb re: GCG agreement, retention application and declaration (.3); examined emails from P. Kinealy re: GCG retention (.2). | 0.50 | 435.00 | 217.50 |
| 07/10/13 | AJG | Conference with J. Guzzardo re: professional retention applications (.2); examined and revised A&M retention motion (.4). | 0.60 | 435.00 | 261.00 |
| 07/10/13 | JWG | Discussion with A. Guon re: tasks for applications to retain Shaw Fishman and A&M and extend schedules and statements deadline. (.1) Research and drafting of Applications to retain Shaw Fishman and A&M and extend schedules and statements deadline. (3.7) | 3.80 | 350.00 | 1,330.00 |

- $283.50

**Shaw Fishman Glantz & Towbin LLC**

---

| | | | | | |
|---|---|---|---|---|---|
| West Side Community Hospital Inc d/b/a Sacred Heart Hospital | | | | | March 19, 2014 |
| I.D. 10615-001 - RMF | | | | | Invoice 13670 |
| Re: Chapter 11 Cases | | | | | |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/11/13 | AJG | Conference with R. Reiser re: all professional retention motions and special counsel claim issues (.4). | 0.40 | 435.00 | 174.00 |
| 07/11/13 | JWG | Drafting and edits to application to retain A&M and Shaw Fishman and motion to extend deadline to file schedules and statements. | 2.50 | 350.00 | 875.00 |
| 07/12/13 | MSR | Revise Kreig Devault and GCG motions for filing. | 1.20 | 290.00 | 348.00 |
| 07/12/13 | AJG | Reviewed and revised A&M retention motion (.3); revised Kreig Devault retention application (.2) | 0.50 | 435.00 | 217.50 |
| 07/12/13 | JWG | Legal research, collection and compilation of exhibits to, and drafting and edits to Motion to Retain A&M and coordination of filing of same. | 2.40 | 350.00 | 840.00 |
| 07/15/13 | AJG | Conference with G. Silver re: A&M retention motion (.2); conference with P. Rundell re: same (.2). | 0.40 | 435.00 | 174.00 |
| 07/19/13 | AJG | Conference with H. Montgomery re: retention hearing for GCG. | 0.10 | 435.00 | 43.50 |
| 07/19/13 | AJG | Examined email from G. Silver re: A&M retention and email to D. McLaughlin re: same (.2); conference with P. Rundell re: A&M retention application and answers to UST's questions (.6); conference with G. Silver re: professional retention motions (.6); emails to P. Rundell re: same (.4); additional conference with P. Rundell re: UST's comments (.2). | 2.00 | 435.00 | 870.00 |
| 07/19/13 | RMF | Spoke to P. Rundell re advisability of retaining special health care counsel. | 0.40 | 675.00 | 270.00 |
| 07/22/13 | AJG | Examined A&M retention application motion, retention agreement and proposed order in order to respond to UST issues (1.0); conference with D. Feigenbaum re: indemnity and other issues with respect to A&M retention (.2); examined email from D. Feigenbaum re: revised indemnity language (.1); email to G. Silver re: response to questions about A&M retention (.2) | 1.50 | 435.00 | 652.50 |
| 07/23/13 | AJG | Revised A&M retention order (.2); email to G. Silver re: same (.1); reviewed rules re: payment of postpetiton retainers (.3); revised Shaw Fishman retention order (.1); conference with G. Silver re: same (.1); email to and from P. Kinealy re: tomorrow's hearing (.1). | 0.90 | 435.00 | 391.50 |
| 07/23/13 | RMF | Spoke to P. Rundell re retention of special counsel. | 0.20 | 675.00 | 135.00 |
| 07/24/13 | RMF | Appeared on the Retention Applications of Shaw Fishman, A&M, and Krieg DeVault. | 0.40 | 675.00 | 270.00 |
| 07/24/13 | AJG | Prepared for (.8) and attended hearing on motion to employ Shaw Fishman, A&M, Kreig Devault and GCG (.9); reviewed revised Krieg Devault 2014 declaration (.1); conference with M. Bina re: same (.1). | 1.90 | 435.00 | 826.50 |
| 07/24/13 | RMF | Spoke to P. Rundell re retention of special counsel (.1).  Spoke to J. Switzer re same (.3).  Further discussion with P. Rundell (.3). | 0.70 | 675.00 | 472.50 |
| 07/25/13 | RMF | Continued discussions with P. Rundell re need for health care special counsel. | 0.30 | 675.00 | 202.50 |
| 07/30/13 | AJG | Prepared order approving Shaw Fishman postpetition retainer (.2); court appearance re: final hearing on postpetition retainer (.3). | 0.50 | 435.00 | 217.50 |

**Shaw Fishman Glantz & Towbin LLC**

| | | | | | |
|---|---|---|---|---|---|
| West Side Community Hospital Inc d/b/a Sacred Heart Hospital | | | | | March 19, 2014 |
| I.D. 10615-001 - RMF | | | | | Invoice 13670 |
| Re: Chapter 11 Cases | | | | | |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | deeded to two different owners(.5) Email results to A. Guon and D. Horwitch.(.2)  Email title company for copy of recorded closing documents. (.2) | | | |
| 01/09/14 | DSH | Correspondences with  paralegal (.1). Telephone conference with same. (.1). | 0.20 | 470.00 | 94.00  _94.00 |
| 02/19/14 | PMF | Review notice from title company re: funds held back from closing. | 0.30 | 200.00 | 60.00 |
| 02/24/14 | PMF | Confer with D. Horwitch re: request for tax bill by legal description and pin division. | 0.40 | 200.00 | 80.00 |
| 02/27/14 | PMF | Prepare request for tax bill by legal description.(.2) Confer with D. Horwitch (.2)and arrange for filing of same.(.1) | 0.50 | 200.00 | 100.00 |
| | | **Sale of Assets Totals** | **6.40** | | **1,980.50** |

**Statements and Schedules**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/03/13 | PMF | Confer with A. Guon re: case filing and need for schedules to be completed. Diary all dates for same. | 0.70 | 200.00 | 140.00 |
| 07/08/13 | DRD | Correspondence regarding additional creditors for petition (.2) | 0.20 | 290.00 | 58.00 |
| 07/08/13 | DRD | Confer and correspondence with M. Reiser and J. Guzzardo regarding preparation of schedules motion. | 0.20 | 290.00 | 58.00 |
| 07/10/13 | AJG | Reviewed and revised motion and proposed order to extend time to file schedules and statements of financial affairs (.4); conference with D. McLaughlin re: preparation of schedules (.1). | 0.50 | 435.00 | 217.50 |
| 07/17/13 | AJG | Court appearance re: motion for extension of time to file schedules. | 0.40 | 435.00 | 174.00 |
| 08/07/13 | DRD | Review and amend schedules for Garfield, Sacred Heart, and Superior (4.2), multiple conferences with D. McLaughlin, P. Rundell and A. Guon regarding open issues with schedules (.8), and prepare amended schedules and exhibits for filing (2.3). | 7.30 | 290.00 | 2,117.00 |
| 08/07/13 | AJG | Examined email from A. Wang re: Debtors' statements of financial affairs (.2); reviewed multiple drafts of SOFA and schedules for all debtors (.8); conference with D. Doyle and D. McLaughlin re: same (.3). | 1.30 | 435.00 | 565.50 |
| 08/08/13 | AJG | Prepared for (1.3) and attended 341 meeting (2.4); post 341 meeting conference with P. Rundell re: issues to follow-up with UST (.6); conference with R. Fishman re: results from 341 meeting (.2); conference with D. Doyle re: follow-up items for UST (.3). | 4.80 | 435.00 | 2,088.00 |
| 08/19/13 | AJG | Examined real estate list and pin information (.4). | 0.40 | 435.00 | 174.00 |
| 08/27/13 | DRD | Confer with A. Guon regarding outstanding schedules issues. | 0.20 | 290.00 | 58.00 |
| 09/09/13 | DRD | Confer with M. Westbrook regarding disclaimers for amended schedules. | 0.20 | 290.00 | 58.00 |
| 09/11/13 | DRD | Confer with A. Guon regarding schedules and DOJ investigation correspondence with P. Rundell regarding same. | 0.20 | 290.00 | 58.00 |
| 09/24/13 | DRD | Confer with A. Guon regarding questions on transfers in schedules. | 0.20 | 290.00 | 58.00 |
| 12/12/13 | DRD | Coordinate amending schedules. | 0.30 | 290.00 | 87.00  _87.00 |

—$181.00

### SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

| West Side Community Hospital Inc d/b/a Sacred Heart Hospital | March 19, 2014 |
|---|---|
| I.D. 10615-001 – RMF | Invoice  13670 |
| Re: Chapter 11 Cases | |

## Disbursement Recap

| | Amount |
|---|---|
| Photocopy | 618.90 |
| Federal Express/Shipping | 551.03 |
| Filing Fees | 293.00 |
| Messenger | 423.68 |
| Pacer Research | 472.80 |
| Parking/Taxi | 85.00  ⑥ |
| Postage | 198.64 |
| Working Meals | 11.00  –11.00 |
| Westlaw | 1,053.48 – 1,053.48 ① |
| **Total Disbursements** | **3,707.53** |

— $1,064.48
from expenses

**Shaw Fishman Glantz & Towbin LLC**

| | | | | | |
|---|---|---|---|---|---|
| West Side Community Hospital Inc d/b/a Sacred heart Hospital | | | | | February 28, 2014 |
| I.D. 10616-001 - RMF | | | | | Invoice 13671 |
| Re: Chapter 11 | | | | | |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/21/13 | DRD | Review life insurance policy and correspondence with A. Guon regarding same. | 0.20 | 290.00 | 58.00 |
| 09/12/13 | RMF | Spoke to A. Guon re D&O insurance issues. | 0.20 | 675.00 | 135.00 |
| 09/27/13 | DRD | Confer with A. Guon (.1) and correspondence with D. McLaughlin (.1) regarding insurance declination letters. | 0.20 | 290.00 | 58.00 |
| | | **Insurance Totals** | **0.60** | | **251.00** |

**Pre-Petition Litigation**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/15/13 | BXT | Daley Ctr: Delivery re: courtesy copy. | 0.10 | 140.00 | 14.00 |
| 07/30/13 | BXT | Daley Ctr: Delivered courtesy copy. | 0.10 | 140.00 | 14.00 |
| 08/08/13 | BXT | Daley Ctr: Obtained copy of court file | 0.10 | 140.00 | 14.00 |
| 08/14/13 | MAW | Prepared Suggestions of Bankruptcy for pending legal proceedings. | 3.00 | 200.00 | 600.00 |
| 08/14/13 | DRD | Correspondence with D. McLaughlin and in-house counsel for Sacred Heart regarding prepetition litigation and direct M. Westbrook to file suggestions of bankruptcy in each case. | 0.40 | 290.00 | 116.00 |
| 08/15/13 | MAW | Prepared and edited Suggestions of Bankruptcy for legal proceedings and corresponded with defense counsel re same. | 1.50 | 200.00 | 300.00 |
| 08/16/13 | BXT | Bankruptcy Ctr: Filed legal document | 0.10 | 140.00 | 14.00 |
| 08/19/13 | MAW | Edited M. Raiford Suggestion of Bankruptcy, corresponded with D. Schoop re same, and had same filed with Illinois Department of Human Rights. | 0.50 | 200.00 | 100.00 |
| 08/20/13 | DRD | Confer with counsel for pre-petition personal injury opposing counsel regarding bankruptcy filing. | 0.10 | 290.00 | 29.00 |
| 08/22/13 | MAW | Reviewed files for and imaged filed Suggestions of Bankruptcy and prepared list of defense counsel re same per D. Doyle's request. | 0.90 | 200.00 | 180.00 |
| 08/22/13 | DRD | Draft correspondence to prepetition litigation defense counsel regarding notices of bankruptcy. | 0.20 | 290.00 | 58.00 |
| 08/28/13 | MAW | Telephone call with D. Schoop re Raiford legal proceeding and emailed him filed Suggestion of Bankruptcy re same. | 0.20 | 200.00 | 40.00 |
| 09/20/13 | DRD | Draft motion to extend time to remove state court actions. | 2.10 | 290.00 | 609.00 |
| 09/20/13 | AJG | Conference with D. Doyle re: prepetition workers compensation and medmal litigation (.2). | 0.20 | 435.00 | 87.00 |
| 09/23/13 | AJG | Examined order from human rights commission re: statement Applegate litigation. | 0.20 | 435.00 | 87.00 |
| 09/25/13 | DRD | Confer with D. McLaughlin and representative at Mesirow Financial (insurance broker) regarding status of status of insurance coverage for prepetition litigation. | 0.80 | 290.00 | 232.00 |
| 09/25/13 | DRD | Correspondence with counsel for prepetition debtor regarding prepetition litigation. | 0.30 | 290.00 | 87.00 |
| 09/27/13 | DRD | Confer with D. Schoop (counsel for prepetition Debtor) (.4) and A. Guon (.2) regarding prepetition litigation and insurance issues. | 0.60 | 290.00 | 174.00 |
| 10/04/13 | DRD | Correspondence with J. Giannelli regarding prepetition litigation. | 0.10 | 310.00 | 31.00 |

-$42.00

**Shaw Fishman Glantz & Towbin LLC**

| | | | | | |
|---|---|---|---|---|---|
| West Side Community Hospital Inc d/b/a Sacred heart Hospital | | | | | February 28, 2014 |
| I.D. 10616-001 - RMF | | | | | Invoice 13671 |
| Re: Chapter 11 | | | | | |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/07/13 | DRD | Correspondence with J. Giannelli regarding prepetition litigation issues. | 0.10 | 310.00 | 31.00 |
| 10/08/13 | DRD | Confer with J. Giannelli (state law counsel for Sacred Heart) regarding status and nature of prepetition litigation (.5); confer with A. Guon regarding same (.1); gather additional service addresses for claims bar date notice and confirm service with GCG (.9). | 1.50 | 290.00 | 435.00 |
| 11/08/13 | BXT | Daley Ctr: Filed legal document | 0.10 | 140.00 | 14.00 |
| 11/12/13 | DRD | Communications with A. Guon, M. Westbrook regarding certain prepetition litigation and drafting notices of bankruptcy filing for same. | 0.30 | 310.00 | 93.00 |
| 11/12/13 | AJG | Checked docket re: new state court litigation (.2); conference with M. Westbrook re: preparation of additional suggestion of bankruptcy (.2). | 0.40 | 450.00 | 180.00 |
| 11/13/13 | AJG | Reviewed suggestion of bankruptcy for Guerriero litigation and email to S. Acosta re: same (.2) | 0.20 | 435.00 | 87.00 |
| 11/13/13 | DRD | Confer with A. Guon regarding service of suggestions of bankruptcy. | 0.10 | 310.00 | 31.00 |
| 11/25/13 | DRD | Communications with S. Egan (McGuire Woods) regarding prepetition litigation to prepare for meetings with US Attorney's office. | 0.40 | 290.00 | 116.00 |
| 12/12/13 | JWG | Review of draft 2004 motion from personal injury plaintiff. Drafting of e-mail to A. Guon re: same. | 0.30 | 375.00 | 112.50 |
| 12/30/13 | DRD | Draft and finalize motion and proposed order to extend deadline to remove civil actions. | 1.70 | 310.00 | 527.00 |
| 01/08/14 | JWG | Discussion with A Guon and D. McLaughlin re: personal injury attorney document request / Rule 2004 Motion. | 0.30 | 375.00 | 112.50 |
| 01/13/14 | JWG | Call with Natee counsel re: 2004 motion and discovery issues. (.3) Follow up with A&M re: same. (.2) Discussion with A. Guon re: same. (.1) | 0.60 | 375.00 | 225.00 |
| 01/16/14 | JWG | Call with M. Bina re: Natee rule 2004 motion requests. (.1) E-mail to R. Hedges re: same. (.1) Forwarding of documents to Natee counsel. (.1) | 0.30 | 375.00 | 112.50 |
| 01/17/14 | AJG | Conferences (2) with D. Doyle re: prepetition litigation and medmal claim evaluation and plan terms (.6) | 0.60 | 450.00 | 270.00 |
| 01/17/14 | JWG | Follow up with M. Bina and D. Ruhfeld re: Natee 2004 Motion. | 0.10 | 375.00 | 37.50 |
| 01/21/14 | DRD | Communications with prepetition lawyer for Sacred Heart regarding pending personal injury claims. | 0.20 | 310.00 | 62.00 |
| 02/06/14 | JWG | Call with E. Zucker re: 2004 subpoena and requests in connection with Natee personal injury matter. | 0.60 | 375.00 | 225.00 |
| 02/17/14 | JWG | Call with counsel for B. Natee re: 2004 motion. (.3) Discussion with A. Guon re: same. (.2) Follow up e-mail re: document collection to D. McLaughlin. (.2) | 0.70 | 375.00 | 262.50 |
| 02/18/14 | JWG | Call with C. Zucker (.2) and conversation with D. McLaughlin (.1) re: 2004 exam and Natee document requests. Review of 2004 | 0.30 | 375.00 | 112.50 |

**Shaw Fishman Glantz & Towbin LLC**

West Side Community Hospital Inc d/b/a Sacred heart Hospital     February 28, 2014
I.D. 10616-001 - RMF     Invoice  13671
Re: Chapter 11

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | (.5). | | | |
| 07/18/13 | DRD | Research regarding Medicare issues with respect to automatic stay. | 2.50 | 290.00 | 725.00 |
| 07/19/13 | AJG | Email to K. David re: Medicare payment suspension (.1). | 0.10 | 435.00 | 43.50 |
| 07/19/13 | AJG | Conference with P. Rundell re: Medicare receivable dispute (.3). | 0.30 | 435.00 | 130.50 |
| 07/19/13 | DRD | Continue researching Medicare and automatic stay issues. | 2.30 | 290.00 | 667.00 |
| 07/22/13 | AJG | Conference with D. Doyle re: research re: CMS refusal to pay invoices (.2); examined CMS suspension of payment letter (.3); conference with P. Rundell re: same (.1). | 0.60 | 435.00 | 261.00 |
| 07/22/13 | DRD | Continue research regarding implication of stay on CMS' withholding of Medicare receivables. | 3.00 | 290.00 | 870.00 |
| 07/24/13 | DRD | Research regarding automatic stay issues and Medicare disputes. | 1.40 | 290.00 | 406.00 |
| 07/25/13 | AJG | Conference with J. Nathan re: CMS dispute (.3); conference with D. McLaughlin and P. Rundell re: same (.2); additional conference with P. Rundell re: same (.2). | 0.70 | 435.00 | 304.50 |
| 07/25/13 | MSR | Meeting with D. Doyle re: Medicare jurisdiction issue | 0.50 | 290.00 | 145.00 |
| 07/25/13 | DRD | Continue research regarding automatic stay and Medicare dispute issues. | 4.50 | 290.00 | 1,305.00 |
| 07/26/13 | DRD | Prepare for teleconference with client regarding Medicare dispute (.4) and confer with client regarding research findings (.3). | 0.70 | 290.00 | 203.00 |
| 08/07/13 | AJG | Conference with J. Nathan re: medicare receivables (.3); prepared draft correspondence to J. Nathan re: recovery of receivables (1.3). | 1.60 | 435.00 | 696.00 |
| 08/08/13 | AJG | Examined motion to extend time to indict defendants in criminal case and email to P. Rundell re: same. | 0.20 | 435.00 | 87.00 |
| 08/21/13 | AJG | Conference with M. Bina re: status of federal criminal litigation and USAO request for extension of time to bring charges. | 0.40 | 435.00 | 174.00 |
| 08/21/13 | AJG | Examined Debtor's pre-hearing brief and affidavits related to CMS' improper termination of provider number and temporary closure of hospital (.8); email to R. Saldinger re: same (.1) | 0.90 | 435.00 | 391.50 |
| 08/22/13 | AJG | Research re: U.S. government forfeiture issues and the automatic stay (1.0). | 1.00 | 435.00 | 435.00 |
| 08/22/13 | AJG | Conference with R. Hedges re: obtaining documents from USAO (.4); conference with M. Bina re: same (.2); email to and P. Rundell re: same (.4). | 1.00 | 435.00 | 435.00 |
| 08/23/13 | AJG | Emails to and from M. Bina re: R. Hedges request for an extension of time to file forfeiture action (.2). | 0.20 | 435.00 | 87.00 |
| 08/27/13 | AJG | Examined correspondence from M. Bina to R. Hedges re: extension of time to file forfeiture proceedings (.1); prepared draft email requesting documents from USAO and email same to D. McLaughlin (.6) | 0.70 | 435.00 | 304.50 |
| 08/27/13 | AJG | Conference with J. Reilly and M. Bina re: status of Medicare receivables, administrative hearings and discussions with USAO (.5); conference with R. Fishman re: same (.2). | 0.70 | 435.00 | 304.50 |
| 08/28/13 | DRD | Review research related to Medicare and automatic stay issues and draft memorandum correspondence to J. Reilly regarding same. | 1.20 | 290.00 | 348.00 |


② 10 hrs researching Medicare + stay
5 hr deduction = $1,450

−$1,450.00

**Shaw Fishman Glantz & Towbin LLC**

| | | | | | |
|---|---|---|---|---|---|
| West Side Community Hospital Inc d/b/a Sacred heart Hospital | | | | February 28, 2014 | |
| I.D. 10616-001 - RMF | | | | Invoice 13671 | |
| Re: Chapter 11 | | | | | |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | prepared for (.3) and attended hearing on motion to sell real estate (.8); conference with R. Fishman re: sale order and closing (.1); revised medical records retention agreement (.2); conference with P. Rundell re: sale hearing and closing of transaction (.2); email to K. Robinson, J. Scheller and buyer re: revised custodian agreement (.1); email to purchaser's counsel re: real estate closing documents (.1); conference with P. Fredericks re: closing items (.2). | | | |
| 12/17/13 | PMF | Review and revise closing documents. | 2.30 | 200.00 | 460.00 |
| 12/18/13 | AJG | Conference with P. Fredericks re: outstanding closing items (.2); email to Buyer's counsel re: entry of sale order (.1); update custodian agreement and email same to K. Robinson and buyer's counsel (.2); examined emails from P. Fredericks and D. Horwitch re: closing statements and other closing documents (.2). | 0.70 | 435.00 | 304.50 |
| 12/18/13 | PMF | Review, revise and assemble closing documents (2.9). Prepare letter to title company delivering documents(.6) | 3.50 | 200.00 | 700.00 |
| 12/19/13 | AJG | Emails to and from L. Kent re: information for closing of sale (.1); conference with T. Fredericks re: open items for closing (.2). | 0.30 | 435.00 | 130.50 |
| 12/19/13 | PMF | Work towards closing of hospital property. Review order re: waiver of appeal period and discuss same with title company, A. Guon and D. Horwitch (.7) Recalculate proration's (.6) Revise transfer declarations and remaining documents to reflect funding date of 12/23/13.(1.1) Messenger closing packet to title company. (.4) Complete transfer declarations re: transfer of property from company to Debtor.(.7) | 3.50 | 200.00 | 700.00 |
| 12/19/13 | DSH | Correspondences with title company (.2). Correspondences with paralegal (.1). Telephone conference with paralegal (.2) Worked on closing documents and related matters (1.0). Office conference with paralegal (.2). Telephone conference with paralegal (.1). Office conference with paralegal (.1). Office conference with paralegal regarding status (.3). Telephone conference with title company (.2). Office conference with paralegal (.1). Correspondences with title company (.1). Receipt and review of closing statement (.1). Office conference with paralegal (.1). Telephone conference with paralegal (.2) Reviewed wire instructions (.1). Receipt and review of updated closing statement (.1). Worked on closing statement (.1). Office conference with paralegal regarding same (.2). | 3.50 | 470.00 | 1,645.00 |
| 12/20/13 | AJG | Email to and from D. McLaughlin re: document storage from Iron Mountain. | 0.10 | 435.00 | 43.50 |
| 12/20/13 | DSH | Correspondences regarding closing. | 0.20 | 470.00 | 94.00 |
| 12/23/13 | AJG | Reviewed docket for notice of appeal from sale order (.1); email to G. Giannelli re: no notice of appeal (.1). | 0.20 | 435.00 | 87.00 |
| 12/23/13 | DSH | Correspondences regarding closing. | 0.20 | 470.00 | 94.00 |
| 01/02/14 | PMF | Confer with A. Guon re: signed request for assessment by PIN. Pdf and email same to R. Taylor. | 0.40 | 200.00 | 80.00 |

**Shaw Fishman Glantz & Towbin LLC**

| West Side Community Hospital Inc d/b/a Sacred heart Hospital | | February 28, 2014 |
| I.D. 10616-001 - RMF | | Invoice 13671 |
| Re: Chapter 11 | | |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 01/09/14 | PMF | Review documents for fully executed Medical Records Agreement. Forward same to J. Scheller. | 0.70 | 200.00 | 140.00 |
| 01/28/14 | AJG | Examined correspondence from E. Halper re: sale of Ford Edge and email to D. McLaughlin re: same (.1); Examined final report of auction (.2). | 0.30 | 450.00 | 135.00 |
| 02/27/14 | PMF | Prepare request for tax bill by legal description.(.2) Confer with D. Horwitch (.2)and arrange for filing of same.(.1) | 0.50 | 200.00 | 100.00 |
| | | **Sale of Assets Totals** | **105.8** | | **33,201.50** |

**Statements and Schedules**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 07/16/13 | MAW | Updated creditor addresses in schedules. | 0.30 | 200.00 | 60.00 |
| 08/02/13 | DRD | Correspondence with client regarding schedules and SOFA material. | 0.60 | 290.00 | 174.00 |
| 08/02/13 | MAW | Reviewed spreadsheets with data for statements and schedules and met with D. Doyle re same. | 0.80 | 200.00 | 160.00 |
| 08/03/13 | MAW | Prepared draft statements and schedules. | 6.00 | 200.00 | 1,200.00 |
| 08/05/13 | DRD | Review and revise schedules, statement of financial affairs and other required statements and exhibits and prepare for filing. | 9.50 | 290.00 | 2,755.00 |
| 08/05/13 | MAW | Prepared, edited, and e-filed statements and schedules and corresponded with team re same. | 6.50 | 200.00 | 1,300.00 |
| 08/05/13 | AJG | Examined emails re: revisions and updates to schedules (.4); reviewed multiple drafts schedules and SOFA (.8); conferences with D. Doyle re: same (.6). | 1.80 | 435.00 | 783.00 |
| 08/06/13 | MAW | Edited Statement of Financial Affairs and Schedule F (0.1); prepared list of largest unsecured creditors per P. Rundell's request (0.4). | 0.50 | 200.00 | 100.00 |
| 08/06/13 | AJG | Email to and from G. Silver re: schedules and email to D. Doyle re: same. | 0.10 | 435.00 | 43.50 |
| 08/07/13 | MAW | Prepared, edited, and e-filed amended statements and schedules and corresponded with team re same. | 5.50 | 200.00 | 1,100.00 |
| 08/08/13 | MAW | Reviewed list of leases and contracts from K. Liebentritt for inclusion in amended Schedule G. | 0.10 | 200.00 | 20.00 |
| 08/12/13 | DRD | Compile list of ongoing litigation for SOFA #4. | 0.30 | 290.00 | 87.00 |
| 08/12/13 | MAW | Reviewed list of legal proceedings against Sacred Heart from K. Liebentritt for inclusion in schedules. | 0.20 | 200.00 | 40.00 |
| 08/13/13 | MAW | Updated Schedule F and Statement of Financial Affairs re pending legal proceedings per D. Doyle's request. | 1.20 | 200.00 | 240.00 |
| 08/19/13 | AJG | Email to D. McLaughlin re: West Side Community Hospital LP checking account (.1). | 0.10 | 435.00 | 43.50 |
| 08/19/13 | AJG | Conference with K. Robinson re: schedules listing West Side Community's bank account and upcoming hearings. | 0.30 | 435.00 | 130.50 |
| 08/20/13 | AJG | Conference with D. McLaughlin re: West Side Community | 0.10 | 435.00 | 43.50 |

*(handwritten annotations:)* ⑦ -130.00, ⑦ -110.00, -$240.00

**Shaw Fishman Glantz & Towbin LLC**

| | | | | | |
|---|---|---|---|---|---|
| West Side Community Hospital Inc d/b/a Sacred heart Hospital | | | | February 28, 2014 | |
| I.D. 10616-001 - RMF | | | | Invoice  13671 | |
| Re: Chapter 11 | | | | | |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Hospital LP bank account listed on schedules. | | | |
| 08/21/13 | DRD | Confer with A. Guon and M. Westbrook regarding schedule issues. | 0.10 | 290.00 | 29.00 |
| 08/21/13 | MAW | Updated Schedule B and corresponded with D. McLaughlin re same. | 0.20 | 200.00 | 40.00 |
| 08/21/13 | AJG | Email to and from D. McLaughlin re: updating bank account information for Sacred Heart. | 0.10 | 435.00 | 43.50 |
| 08/26/13 | DRD | Review returned notice of bankruptcy and confer with M. Westbrook regarding same (.2); correspondence with clerk's office regarding schedule filing logistics (.3). | 0.50 | 290.00 | 145.00 |
| 08/28/13 | MAW | Updated statements and schedules and prepared email summarizing all changes to same per D. Doyle's request. | 0.50 | 200.00 | 100.00 |
| 08/30/13 | MAW | Prepared and filed second amended schedules and Statement of Financial Affairs and saved filed copies of same to network. | 1.50 | 200.00 | 300.00 |
| 08/30/13 | DRD | Revise and finalize second amended set of schedules for Garfield and Sacred Heart. | 0.70 | 290.00 | 203.00 |
| 09/03/13 | MAW | Met with A. Guon re filing disclaimers to amended schedules. | 0.10 | 200.00 | 20.00 |
| 09/09/13 | MAW | Prepared and e-filed disclaimer to amended statements and schedules and met with D. Doyle re same. | 0.30 | 200.00 | 60.00 |
| 09/11/13 | MAW | Prepared PDF file containing only the most recent schedules, including all amendments, per D. Doyle's request. | 0.30 | 200.00 | 60.00 |
| 09/24/13 | MAW | Prepared amended summary of schedules per A. Guon's request. | 0.10 | 200.00 | 20.00 |
| 09/26/13 | AJG | Conference with D. Doyle re: further amendments to Sacred Heart schedules (.3). | 0.30 | 450.00 | 135.00 |
| 09/30/13 | AJG | Conference with K. Robinson re: accounts receivables listed in hospital schedules. | 0.20 | 435.00 | 87.00 |
| 10/21/13 | MAW | Updated schedules with new creditor information per D. Doyle's request. | 0.20 | 200.00 | 40.00 |
| 11/12/13 | MAW | Updated schedules and statements re recently discovered lawsuits against debtor. | 0.40 | 200.00 | 80.00 |
| 12/12/13 | MAW | Prepared draft amended schedules and statements and prepared email summarizing changes to same per A. Guon and D. Doyle. | 1.50 | 200.00 | 300.00 |
| 12/13/13 | MAW | Corresponded with A. Guon re claimant Pitney Bowes' inclusion on schedules. | 0.30 | 200.00 | 60.00 |
| | | **Statements and Schedules Totals** | **41.20** | | **10,002.50** |

## Unexpired Leases

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/31/13 | AJG | Examined correspondence from P. Behounek re: Wells Fargo equipment lease (.2). | 0.20 | 435.00 | 87.00 |
| 08/01/13 | DRD | Review lease agreement and obligations to Wells Fargo (.6); confer with A. Guon regarding same (.3); correspondence to A&M regarding same (.2). | 1.10 | 290.00 | 319.00 |
| 08/26/13 | DRD | Analysis of lease of computer software and begin research related | 0.40 | 290.00 | 116.00 |

**Shaw Fishman Glantz & Towbin LLC**

| West Side Community Hospital Inc d/b/a Sacred heart Hospital | | February 28, 2014 |
| I.D. 10616-001 - RMF | | Invoice 13671 |
| Re: Chapter 11 | | |

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | to motion to reject leases. | | | |
| 09/27/13 | DRD | Correspondence with Wells Fargo, A&M regarding copier leases. | 0.40 | 290.00 | 116.00 |
| 10/04/13 | DRD | Correspondence with D. McLaughlin and K. Liebentritt regarding copiers. | 0.20 | 290.00 | 58.00 |
| 10/14/13 | DRD | Communications with D. McLaughlin (A&M), A. Guon, Wells Fargo representative regarding RICOH leases and coordinating pick-up of copiers. | 0.30 | 290.00 | 87.00 |
| 10/23/13 | DRD | Draft motion to reject unexpired lease with Wells Fargo. | 0.70 | 290.00 | 203.00 |
| 10/31/13 | DRD | Revise and file second motion to reject unexpired leases. | 0.10 | 290.00 | 29.00 |
| 11/12/13 | AJG | Court appearance re: lease rejection motion. | 0.50 | 435.00 | 217.50 |
| | | **Unexpired Leases Totals** | **3.90** | | **1,232.50** |

(7) — 2.90

**Utility Issues**

| | | | | | |
|------|------|-------------|-------|------|--------|
| 09/23/13 | AJG | Email from D. McLaughlin re: City of Chicago's attempt to collect prepetition water bills (.1); conference with E. Tryban re: same (.1). | 0.20 | 435.00 | 87.00 |
| | | **Utility Issues Totals** | **0.20** | | **87.00** |

**WARN Act Adversary**

| | | | | | |
|------|------|-------------|-------|------|--------|
| 07/10/13 | AJG | Initial review of WARN Act adversary proceeding and analysis of issues re same (.8); email to P. Rundell re: same (.1); conference with P. Rundell re: WARN Act complaint (.2). | 1.10 | 435.00 | 478.50 |
| 07/11/13 | RAS | Participate in conference call with counsel for Plaintiffs in WARN Act Adversary | 0.40 | 460.00 | 184.00 |
| 07/11/13 | AJG | Prepared for and participated in conference call with R. Roupinian and J. Raisner re: WARN Act complaint (.4). | 0.40 | 435.00 | 174.00 |
| 07/19/13 | AJG | Conference with R. Saldinger re: WARN Act complaint and strategy for motion for dismiss (.2); reviewed summons and complaint re: same (.2). | 0.40 | 435.00 | 174.00 |
| 07/19/13 | AJG | Emails to and from J. White re: WARN Act notice amendment (.2). | 0.20 | 435.00 | 87.00 |
| 07/23/13 | RAS | Research regarding appropriateness of bring WARN Act class claim as adversary proceeding (1.0); review and analyze Adversary Complaint (.6) | 1.60 | 460.00 | 736.00 |
| 07/29/13 | RAS | Review research relating to asserting Class Action claim as Adversary Proceeding (.6); review Complaint (.5); review Declaration from Chief Restructuring Officer regarding background facts (.4) | 1.50 | 460.00 | 690.00 |
| 07/29/13 | AJG | Examined email from R. Roupinian re: refusal to dismiss adversary (.1); conference with R. Saldinger re: same (.2); email to D. McLaughlin re: same (.1). | 0.40 | 435.00 | 174.00 |
| 07/30/13 | RAS | Review Declaration of P. Rundell (.6); begin drafting Motion to Dismiss WARN Act Complaint (2.1) | 2.70 | 460.00 | 1,242.00 |

— $2.90

**SHAW FISHMAN GLANTZ & TOWBIN LLC**

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

| West Side Community Hospital Inc d/b/a Sacred heart Hospital | February 28, 2014 |
| I.D. 10616-001 - RMF | Invoice  13671 |
| Re: Chapter 11 | |

## Disbursement Recap

| | Amount |
| --- | --- |
| Photocopy | 77.30 |
| Federal Express/Shipping | 17.72 |
| Filing Fees | 60.00 |
| Messenger | 28.52 |
| Pacer Research | 132.30 |
| Parking/Taxi | 69.00 |
| Postage | 60.68 |
| Working Meals | 0.00 |
| Westlaw | 1,138.14 — 1,138.14 ⑪ |
| **Total Disbursements** | **1,583.66** |

— $1,138.14
from expenses

**Shaw Fishman Glantz & Towbin LLC**

---

Garfield Kindey Center LLC                                            March 19, 2014
I.D. 10617-001 - RMF                                                Invoice  13673
Re: Chapter 11

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | and correspondence with client regarding same. | | | |
| 08/01/13 | MAW | Updated schedules and statements and circulated revised drafts of same. | 1.00 | 200.00 | 200.00 |
| 08/02/13 | DRD | Review and revise schedules and SOFA. | 1.70 | 290.00 | 493.00 |
| 08/02/13 | AJG | Reviewed Garfield schedules and statement of financial affairs (.6); conference with D. Doyle re: revisions to same and follow-up issues (.4); conference with D. McLaughlin re: same (.2). | 1.20 | 435.00 | 522.00 |
| 08/05/13 | MAW | Edited schedules and statements. | 0.20 | 200.00 | 40.00 |
| 08/06/13 | DRD | Continue revisions to schedules and SOFA and prepare same for filing. | 3.60 | 290.00 | 1,044.00 |
| 08/06/13 | MAW | Prepared, edited, and e-filed statements and schedules and corresponded with team re same. | 5.60 | 200.00 | 1,120.00 |
| 08/06/13 | AJG | Emails to and from D. Doyle and D. McLaughlin re: Garfield schedules (.2); reviewed revised draft schedules and statement of financial affairs (.5); conference with D. Doyle re: revisions to same (.2); conference with D. McLaughlin and D. Doyle re: outstanding schedule items (.2) | 1.10 | 435.00 | 478.50 |
| 08/07/13 | MAW | Prepared, edited, and e-filed amended schedules and statements and corresponded with team re same. | 3.00 | 200.00 | 600.00 |
| 08/28/13 | MAW | Met with D. Doyle re copying lease files from client site and corresponded with K. Liebentritt and copy vendor re same. | 0.60 | 200.00 | 120.00 |
| 08/28/13 | AJG | Conference with D. Doyle re: Garfield executory contract issues and revisions to schedules | 0.30 | 435.00 | 130.50 |
| 08/29/13 | MAW | Telephone calls with copy vendor re copying lease binder and reviewed same. | 0.20 | 200.00 | 40.00 |
| 08/30/13 | MAW | Prepared and filed second amended schedules and saved filed copies of same to network. | 1.90 | 200.00 | 380.00 |
| 08/30/13 | AJG | Conference with D. Doyle re: amendment to schedules based on contracts received for DiVita sale and update on executory contract issues (.3); reviewed revised executory contract and unsecured creditor schedules (.4); email to and from D. Doyle and P. Rundell re: same (.1). | 0.80 | 435.00 | 348.00 |
| 08/30/13 | DRD | Revise and finalize second amended set of schedules for Garfield and Sacred Heart. | 0.60 | 290.00 | 174.00 |
| 08/30/13 | DRD | Review and analyze executory contracts and leases for Garfield (3.1) and confer with D. McLaughlin regarding same (.2). | 3.30 | 310.00 | 1,023.00 |
| 09/09/13 | MAW | Prepared and e-filed disclaimer to amended statements and schedules and met with D. Doyle re same. | 0.30 | 200.00 | 60.00 |
| 09/11/13 | MAW | Prepared PDF file containing only the most recent schedules, including all amendments, per D. Doyle's request. | 0.30 | 200.00 | 60.00 |
| | | **Statements and Schedules Totals** | **35.80** | | **9,415.00** |

*(handwritten annotations in margin: ⑦ 112.00 ; ⑦ 60.00 ; ⑦ 38.00 ; ⑦ ; ⑦ 6.00)*

**Unexpired Leases**

---

*(handwritten at bottom: -$216.00)*

## SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

Fed Tax ID: 36-3844420

| | |
|---|---|
| Garfield Kindey Center LLC | March 19, 2014 |
| I.D. 10617-001 - RMF | Invoice  13673 |
| Re: Chapter 11 | |

### Disbursement Recap

| | Amount |
|---|---|
| Conference Call | 27.96 |
| Photocopy | 52.40 |
| Copying Services | 78.35 |
| Federal Express/Shipping | 519.84 |
| Filing Fees | 30.00 |
| Messenger | 6.06 |
| Pacer Research | 34.60 |
| Parking/Taxi | 37.00 |
| Postage | 18.11 |
| Westlaw | 501.37 |
| **Total Disbursements** | **1,305.69** |

*(handwritten) ⑪ — 501.37*

*(handwritten) — $ 501.37 from expenses*

**Shaw Fishman Glantz & Towbin LLC**

---

Superior Home Health LLC                                          March 19, 2014
I.D. 10618-001 - RMF                                              Invoice 13674
Re: Chapter 11 Case

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | K. Liebentritt regarding same. | | | |
| 07/22/13 | AJG | Reviewed draft statements and schedules for Superior (.6); conference with D. Doyle re: same (.3) | 0.90 | 435.00 | 391.50 |
| 07/23/13 | DRD | Cooperate with A&M in revising and finalizing schedules, statement of financial affairs, and related declarations for filing. | 7.40 | 290.00 | 2,146.00 |
| 07/23/13 | MAW | Continued preparing statements and schedules and corresponded and met with D. Doyle and A. Guon re same. | 5.30 | 200.00 | 1,060.00 |
| 07/23/13 | AJG | Multiple conferences with D. McLaughlin, P. Rundell and K. Liebentritt re: Superior schedules and statements (.6); multiple emails to and from P. Rundell, D. McLaughlin, K. Davis and K. Liebentritt re: information for statements and schedules (.5); conferences with D. Doyle re: revisions to schedules (.6); reviewed and revised disclaimers for schedules (.4); reviewed and revised multiple drafts of schedules and statement of financial affairs (1.5) | 3.60 | 435.00 | 1,566.00 |
| 07/31/13 | MAW | Updated statement of financial affairs. | 0.30 | 200.00 | 60.00 |
| 08/06/13 | MAW | Updated statement of financial affairs. | 0.10 | 200.00 | 20.00 |
| 08/07/13 | MAW | Prepared and e-filed amended statement of financial affairs and declaration. | 1.50 | 200.00 | 300.00 |
| 09/11/13 | MAW | Prepared PDF file containing only the most recent schedules, including all amendments, per D. Doyle's request. | 0.20 | 200.00 | 40.00 |
| | | **Statements and Schedules Totals** | **32.60** | | **8,775.00** |

**Utility Issues**

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 07/08/13 | AJG | Examined utilities lists for Superior and email to D. McLaughlin re: same. | 0.20 | 435.00 | 87.00 |
| | | **Utility Issues Totals** | **0.20** | | **87.00** |

| | | **Total Fees** | **51.80** | | **17,376.50** |

| Disbursements | | | |
|------|-------------|-------------|--------|
| **Date** | **Description** | **Units @ Cost** | **Amount** |
| 07/30/13 | Photocopy; Schedules (MAW) | 91 @ $0.10 | 9.10 |
| 07/31/13 | Working Meals; Working Meal (DRD/AJG/RMF); Chase | | 79.95 |
| 08/12/13 | Pacer Research; Docket; Schedules (MAW) | | 4.60 |
| | | | 93.65 |
| | **Total Disbursements** | | **93.65** |

Page: 3

## SHAW FISHMAN GLANTZ & TOWBIN LLC

321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151
Fed Tax ID: 36-3844420

| | |
|---|---|
| Superior Home Health LLC | March 19, 2014 |
| I.D. 10618-001 - RMF | Invoice  13674 |
| Re: Chapter 11 Case | |

### Disbursement Recap

| | Amount |
|---|---|
| Photocopy | 9.10 |
| Pacer Research | 4.60 |
| Working Meals | 79.95 |
| **Total Disbursements** | **93.65** |

(6)
—79.95

$79.95