**FILED**

**AUG −5 2014**

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    )
                                          )
                                          )   Case No. 13 B 27091
WEST SIDE COMMUNITY                       )
HOSPITAL, INC. ET AL.                     )
                                          )
                                          )
                                          )   Chapter 11
        Debtors.                          )
_____)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER GRANTING APPLICATION OF KRIEG DEVAULT, SPECIAL COUNSEL FOR DEBTORS, FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $19,300.50 | TOTAL COSTS REQUESTED: | $69.22 |
| TOTAL FEES REDUCED: | $3,271.00 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $16,029.50 | TOTAL COSTS ALLOWED: | $69.22 |

**TOTAL FEES AND COSTS ALLOWED: $16,098.72**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(2)     **Unreasonable Time**

The Court denies the allowance in part of compensation for the following task since the professional or paraprofessional expended an unreasonable amount of time on this task in light of the nature of the task, the experience and knowledge of the professional performing the task, and the amount of time previously expended by the professional or another on the task. *In re Pettibone*, 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project... An attorney should not be rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate."); *In re Wildman*, 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (same).

As to the time devoted to the preparation of the fee application itself, the Court denies the allowance of compensation that is disproportionate to the total hours in the main case. *In re Wildman*, 72 B.R. 700, 711 (Bankr. N.D. Ill. 1987) ("In the absence of unusual circumstances, the hours allowed by this Court for preparing and litigating the attorney fee application should not exceed three percent of the total hours in the main case."); *In re Spanjer Bros., Inc.*, 203 B.R. 85, 93 (Bankr. N.D. Ill. 1996) (compensation limited to 5%). *See also In re Pettibone Corp.*, 74 B.R. 293, 304 (Bankr. N.D. Ill. 1987) (citing *Coulter v. State of Tennessee*, 805 F.2d 146, 151 (6th Cir. 1986) (in non-bankruptcy cases, compensation for preparation and litigation of fee petitions limited to 3-5% of the hours of the main case)).

Dated: August 5, 2014

Eugene R. Wedoff
United States Bankruptcy Judge



One Indiana Square
Suite 2800
Indianapolis, IN 46204-2079
T: 317.636.4341
F: 317.636.1507
Fed. EIN # 35-1055087

WWW.KRIEGDEVAULT.COM

Sacred Heart Hospital
David McLaughlin
3240 West Franklin Blvd
Chicago, IL 60624

May 30, 2014
Invoice Number 383736

Our File #: SAHE 00014     RJW

Fee Petition Preparations

FOR PROFESSIONAL SERVICES RENDERED THROUGH April 30, 2014

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/09/14 | CDM | Attend hearing on Krieg DeVault LLP's First Interim Fee Application (one third of total time). | | | |
| | B160 | A109 | 0.30 | 495.00 /hr | 148.50 |
| 04/09/14 | CDM | Review of issues regarding preparation of Second Interim Fee Application (one third of total time). | | | |
| | B160 | A104 | 0.20 | 495.00 /hr | (99.00) |
| 04/09/14 | RJW | Attend court for hearing on the petition (one third of total time). | | | |
| | B160 | A109 | 0.40 | 475.00 /hr | 190.00 |
| 04/09/14 | RJW | Conference with D. Motsinger regarding current invoices and second interim fee petition (one third of total time). | | | |
| | B160 | A105 | 0.30 | 475.00 /hr | (142.50) |

Total Fees for this Matter:    1.20     $    580.00

| | | | | | |
|---|---|---|---|---|---|
| CDM | Motsinger, C. Daniel | | 0.50 hrs | 495.00 /hr | 247.50 |
| RJW | Wild, Robert J. | | 0.70 hrs | 475.00 /hr | 332.50 |
| | | Total: | 1.20 hrs | $ | 580.00 |

**INDIANA**     **ILLINOIS**     **GEORGIA**     **FLORIDA**     **MINNESOTA**



One Indiana Square
Suite 2800
Indianapolis, IN 46204-2079
T: 317.636.4341
F: 317.636.1507
Fed. EIN # 35-1055087

WWW.KRIEGDEVAULT.COM

Sacred Heart Hospital
David McLaughlin
3240 West Franklin Blvd
Chicago, IL 60624

July 14, 2014
Invoice Number 387002

Our File #: SAHE 00014     RJW

Fee Petition Preparations

FOR PROFESSIONAL SERVICES RENDERED THROUGH July 11, 2014

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/03/14 | CDM B160 A104 | Review of issues regarding preparation of second interim fee application (1.0); | 1.00 | 495.00/hr | 495.00 |
| 07/03/14 | KDV B410 A113 | Strategized regarding preparation of 2nd interim fee application. | 0.10 | 270.00/hr | 27.00 |
| 07/03/14 | MRL B160 A104 | Review of issues related to fee application to be filed on July 11. | 0.20 | 475.00/hr | 95.00 |
| 07/03/14 | RJW B160 A105 | Conference with D. Motsinger regarding fee application; review and respond to emails regarding preparation of application. | 0.40 | 475.00/hr | 190.00 |
| 07/07/14 | CDM B160 A104 | Review of issues regarding preparation of second interim fee application (.2); | 0.20 | 495.00/hr | 99.00 |
| 07/07/14 | MRL B160 A104 | Review of issues related to upcoming fee application (one third of total time spent). | 0.20 | 475.00/hr | 95.00 |
| 07/08/14 | KDV B410 A103 | [Sacred Heart] Continued drafting application for fees, notice of application and notice of hearing. | 0.20 | 270.00/hr | 54.00 |
| 07/08/14 | RJW | Review and respond to internal emails regarding fee application. | | | |

**INDIANA**     **ILLINOIS**     **GEORGIA**     **FLORIDA**     **MINNESOTA**

SAHE 00014                                                                                                    Page 2
Invoice# 387002

|  |  | B160 | A105 |  | 0.40 | 475.00 /hr | 190.00 |
|---|---|---|---|---|---|---|---|
| 07/09/14 | KDV | Continued working on fee application. | | | | |
|  |  | B410 | A103 |  | 0.20 | 270.00 /hr | 54.00 |
| 07/09/14 | MRL | Review of invoices to be included in July 11 fee application (one third of total time). | | | | |
|  |  | B160 | A104 |  | 0.10 | 475.00 /hr | 47.50 |
| 07/09/14 | RJW | Fee petition - conference with M. Lehman and K. Baird to discuss outstanding invoices (one-third of total time). | | | | |
|  |  | B160 | A105 |  | 0.10 | 475.00 /hr | 47.50 |
| 07/10/14 | KDV | Continued working on fee application including parsing through invoices to ensure correct invoices are included within fee application. | | | | |
|  |  | B410 | A103 |  | 0.10 | 270.00 /hr | 27.00 |
| 07/11/14 | KDV | Continued working on fee application. | | | | |
|  |  | B160 | A103 |  | 1.30 | 270.00 /hr | 351.00 |

Total Fees for this Matter:    4.50    $    1,772.00

| KDV | Baird, Kay Dee | 1.90 hrs | 270.00 /hr | 513.00 |
|---|---|---|---|---|
| MRL | Lehman, Martha R. | 0.50 hrs | 475.00 /hr | 237.50 |
| CDM | Motsinger, C. Daniel | 1.20 hrs | 495.00 /hr | 594.00 |
| RJW | Wild, Robert J. | 0.90 hrs | 475.00 /hr | 427.50 |

Total:    4.50 hrs    $    1,772.00

TOTAL FEES:    $    1,772.00
TOTAL CHARGES FOR THIS BILL:    $    1,772.00

This invoice is due upon receipt.
Please make checks payable to Krieg DeVault LLP and reference the invoice number.



One Indiana Square
Suite 2800
Indianapolis, IN 46204-2079
T: 317.636.4341
F: 317.636.1507
Fed. EIN # 35-1055087

WWW.KRIEGDEVAULT.COM

Superior Home Health LLC
David McLaughlin
3240 West Franklin Blvd
Chicago, IL 60624

May 30, 2014
Invoice Number 383735

Our File #: SHOH 00009        RJW

Fee Petition Preparations

FOR PROFESSIONAL SERVICES RENDERED THROUGH April 30, 2014

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/09/14 | CDM | Attend hearing on Krieg DeVault LLP's First Interim Fee Application (one third of total time). | | | |
| | | B160  A109 | 0.30 | 495.00 /hr | 148.50 |
| 04/09/14 | CDM | Review of issues regarding preparation of Second Interim Fee Application (one third of total time). | | | |
| | | B160  A104 | 0.20 | 495.00 /hr | 99.00 |
| 04/09/14 | RJW | Attend court for hearing on the petition (one third of total time). | | | |
| | | B160  A109 | 0.40 | 475.00 /hr | 190.00 |
| 04/09/14 | RJW | Conference with D. Motsinger regarding current invoices and second interim fee petition (one third of total time). | | | |
| | | B160  A105 | 0.30 | 475.00 /hr | 142.50 |
| | | Total Fees for this Matter: | 1.20 | $ | 580.00 |

| CDM | Motsinger, C. Daniel | 0.50 hrs | 495.00 /hr | 247.50 |
|---|---|---|---|---|
| RJW | Wild, Robert J. | 0.70 hrs | 475.00 /hr | 332.50 |
| | Total: | 1.20 hrs | $ | 580.00 |

INDIANA    ILLINOIS    GEORGIA    FLORIDA    MINNESOTA



One Indiana Square
Suite 2800
Indianapolis, IN 46204-2079
T: 317.636.4341
F: 317.636.1507
Fed. EIN # 35-1055087

WWW.KRIEGDEVAULT.COM

Superior Home Health LLC
David McLaughlin
3240 West Franklin Blvd
Chicago, IL 60624

July 14, 2014
Invoice Number 387005

Our File #: SHOH 00009     RJW

Fee Petition Preparations

FOR PROFESSIONAL SERVICES RENDERED THROUGH July 11, 2014

| Date | Initials | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 07/07/14 | MRL | Review of issue related to fee application to be submitted on July 11 (one third of total time spent). | | | | |
| | B160 | A104 | | 0.20 | 475.00 /hr | 95.00 |
| 07/08/14 | KDV | [Sacred Heart] Continued drafting application for fees, notice of application and notice of hearing. | | | | |
| | B410 | A103 | | 0.20 | 270.00 /hr | 54.00 |
| 07/09/14 | KDV | Continued working on fee application. | | | | |
| | B410 | A103 | | 0.20 | 270.00 /hr | 54.00 |
| 07/09/14 | MRL | Review of invoices to be included in July 11 fee application (one third of total time). | | | | |
| | B160 | A104 | | 0.10 | 475.00 /hr | 47.50 |
| 07/09/14 | RJW | Fee petition - conference with M. Lehman and K. Baird to discuss outstanding invoices (one-third of total time). | | | | |
| | B160 | A105 | | 0.10 | 475.00 /hr | 47.50 |
| 07/10/14 | KDV | Continued working on fee application including parsing through invoices to ensure correct invoices are included within fee application. | | | | |
| | B410 | A103 | | 0.10 | 270.00 /hr | 27.00 |
| 07/11/14 | KDV | Continued working on fee application. | | | | |
| | B160 | A103 | | 1.30 | 270.00 /hr | 351.00 |

INDIANA     ILLINOIS     GEORGIA     FLORIDA     MINNESOTA

SHOH 00009                                                                                              Page 2
Invoice# 387005

|  |  | Total Fees for this Matter: | 2.20 | $ | 676.00 |
|---|---|---|---|---|---|
| KDV | Baird, Kay Dee |  | 1.80 hrs | 270.00 /hr | 486.00 |
| MRL | Lehman, Martha R. |  | 0.30 hrs | 475.00 /hr | 142.50 |
| RJW | Wild, Robert J. |  | 0.10 hrs | 475.00 /hr | 47.50 |
|  |  | Total: | 2.20 hrs | $ | 676.00 |
|  |  | TOTAL FEES: |  | $ | 676.00 |
|  |  | TOTAL CHARGES FOR THIS BILL: |  | $ | 676.00 |

This invoice is due upon receipt.
Please make checks payable to Krieg DeVault LLP and reference the invoice number.



One Indiana Square
Suite 2800
Indianapolis, IN 46204-2079
T: 317.636.4341
F: 317.636.1507
Fed. EIN # 35-1055087

WWW.KRIEGDEVAULT.COM

Garfield Kidney Center LLC
David McLaughlin
3240 West Franklin Blvd
Chicago, IL 60624

May 30, 2014
Invoice Number 383737

Our File #: GIKI 00008     RJW

Fee Petition Preparations

FOR PROFESSIONAL SERVICES RENDERED THROUGH April 30, 2014

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/09/14 | CDM | Attend hearing on Krieg DeVault LLP's First Interim Fee Application (one-third of total time). | | | |
| | | B160    A109 | 0.30 | 495.00 /hr | 148.50 |
| 04/09/14 | CDM | Review of issues regarding preparation of Second Interim Fee Application (one third of total time). | | | |
| | | B160    A104 | 0.20 | 495.00 /hr | 99.00 |
| 04/09/14 | RJW | Attend court for hearing on the petition (one third of total time). | | | |
| | | B160    A109 | 0.40 | 475.00 /hr | 190.00 |
| 04/09/14 | RJW | Conference with D. Motsinger regarding current invoices and second interim fee petition (one third of total time). | | | |
| | | B160    A105 | 0.30 | 475.00 /hr | 142.50 |

Total Fees for this Matter:    1.20    $    580.00

| | | | | | |
|---|---|---|---|---|---|
| CDM | Motsinger, C. Daniel | | 0.50 hrs | 495.00 /hr | 247.50 |
| RJW | Wild, Robert J. | | 0.70 hrs | 475.00 /hr | 332.50 |

Total:    1.20 hrs    $    580.00

INDIANA     ILLINOIS     GEORGIA     FLORIDA     MINNESOTA



One Indiana Square
Suite 2800
Indianapolis, IN 46204-2079
T: 317.636.4341
F: 317.636.1507
Fed. EIN # 35-1055087

WWW.KRIEGDEVAULT.COM

Garfield Kidney Center LLC
David McLaughlin
3240 West Franklin Blvd
Chicago, IL 60624

July 14, 2014
Invoice Number 387006

Our File #: GIKI 00008     RJW

Fee Petition Preparations

FOR PROFESSIONAL SERVICES RENDERED THROUGH July 11, 2014

| Date | Atty | Description | Task | Activity | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 07/07/14 | MRL | Review of issues related to fee application to be submitted on July 11 (one third of total time spent). | B160 | A104 | 0.20 | 475.00 /hr | 95.00 |
| 07/08/14 | KDV | [Sacred Heart] Continued drafting application for fees, notice of application and notice of hearing. | B410 | A103 | 0.30 | 270.00 /hr | 81.00 |
| 07/09/14 | KDV | Continued working on fee application. | B410 | A103 | 0.10 | 270.00 /hr | 27.00 |
| 07/09/14 | MRL | Review of invoices to be included in July 11 fee application (one third of total time). | B160 | A104 | 0.10 | 475.00 /hr | 47.50 |
| 07/09/14 | RJW | Fee petition - conference with M. Lehman and K. Baird to discuss outstanding invoices (one-third of total time). | B160 | A105 | 0.10 | 475.00 /hr | 47.50 |
| 07/10/14 | KDV | Continued working on fee application. | B410 | A103 | 0.10 | 270.00 /hr | 27.00 |
| 07/11/14 | KDV | Continued working on fee application. | B160 | A103 | 1.30 | 270.00 /hr | 351.00 |

**INDIANA**     **ILLINOIS**     **GEORGIA**     **FLORIDA**     **MINNESOTA**

GIKI 00008 Page 2
Invoice# 387006

| | | | | |
|---|---|---|---|---|
| | Total Fees for this Matter: | 2.20 | $ | 676.00 |
| KDV | Baird, Kay Dee | 1.80 hrs | 270.00 /hr | 486.00 |
| MRL | Lehman, Martha R. | 0.30 hrs | 475.00 /hr | 142.50 |
| RJW | Wild, Robert J. | 0.10 hrs | 475.00 /hr | 47.50 |
| | Total: | 2.20 hrs | $ | 676.00 |
| | TOTAL FEES: | | $ | 676.00 |
| | TOTAL CHARGES FOR THIS BILL: | | $ | 676.00 |

This invoice is due upon receipt.
Please make checks payable to Krieg DeVault LLP and reference the invoice number.

Total fees charged for 2nd fee app = $3,848.50
Total non-fee app charges in 2nd fee app = $ $11,550.00

$$\frac{\text{Fees for fee app}}{\text{Non-fee app fees}} = \frac{\$3,848.50}{\$11,550.00} = 33.32\% \leftarrow \text{max } 5\% \text{ allowable}$$

$11,550.00 × 5% = $577.50

$3,848.50 − $577.50 = $3,271.00 deduction (4)