**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| | ) | **Case No. 13 B 27091** |
| **WEST SIDE COMMUNITY HOSPITAL, INC., ET AL.,** | ) | **Jointly Administered** |
| | ) | |
| | ) | **Chapter 11** |
| **Debtors.** | ) | |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER GRANTING APPLICATION OF MCGUIREWOODS, SPECIAL COUNSEL FOR DEBTORS, FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | **$108,970.00** | TOTAL COSTS REQUESTED: | **$481.89** |
| TOTAL FEES REDUCED: | **$5,744.00** | TOTAL COSTS REDUCED: | **$0.00** |
| TOTAL FEES ALLOWED: | **$103,226.00** | TOTAL COSTS ALLOWED: | **$481.89** |

**TOTAL FEES AND COSTS ALLOWED: $103,707.89**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(5) Duplication of Services**

The Court denies the allowance of compensation for services that duplicate those of another professional or paraprofessional. *See* 11 U.S.C. § 330(a)(4)(A)(i). Reduction in fees is warranted if multiple attorneys from the same firm appear in court on a motion or argument or for a conference, unless counsel adequately demonstrates that each attorney present contributed in some meaningful way. *In re Pettibone*, 74 B.R. 293, 307 (Bankr. N.D. Ill. 1987) ("A debtor's estate should not bear the burden of duplication of services. If found in the record, such duplication shall be disallowed by the court as unnecessary."). It is also an accepted principle that generally no more than one attorney may bill for time spent in an intra-office conference or meeting absent an adequate explanation. *See In re Adventist Living Ctrs., Inc.*, 137 B.R. 701, 716 (Bankr. N.D. Ill. 1991); *In re Pettibone*, 74 B.R. at 303.

Dated: August 18, 2015

Eugene R. Wedoff
United States Bankruptcy Judge

McGUIREWOODS

James B. Riley Jr.
312.750.8665

77 West Wacker Drive, Suite 4100
Chicago, Illinois 60601-1818

July 15, 2015

West Side Community Hospital, Inc.
3240 W Franklin Blvd.
Chicago, IL 60624

Bill Through: 06/30/15

**INVOICE NO. 91783245** **TAX ID NO. 54-0505857**

**FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED:**

**Re: Special Counsel for Healthcare Regulatory Matters in Bankruptcy Proceeding**
**Our File No.: 2066265-0001**

| Date | Description | Hours |
|---|---|---|
| 07/07/14 | Attention to preparation of fee application<br>Paul J. Catanese | .30 |
| 07/14/14 | Prepare for call with D. Morgan regarding suspended claims (.2); confer with S. Bernstein and D. Morgan (1.0)<br>Kimberly J. Kannensohn | 1.20 |
| 07/14/14 | Continue to draft second interim fee application<br>Paul J. Catanese | 2.10 |
| 07/14/14 | (5) Prepare for call with D. Morgan regarding suspended claims (1.0); confer with K. Kannensohn regarding same (.6); confer with K. Kannensohn and D. Morgan regarding same (1.0)<br>Samuel C. Bernstein | 2.60 -325.00 |
| 07/15/14 | Finalize second interim fee application<br>Paul J. Catanese | .30 |
| 07/23/14 | Review and revise correspondence to A. Guon and client regarding status of post-payment audit and payment suspension<br>Kimberly J. Kannensohn | .50 |

-325.00

| | | | |
|---|---|---|---|
| 07/23/14 | Confer with Cahaba regarding the status of the claims review and potential partial lifting of the payment suspension (1.0); draft explanatory email regarding the current status of negotiations with CMS (.5)<br>Samuel C. Bernstein | 1.50 | |
| 07/29/14 | Receipt and review of Cahaba post-payment audit letter (.2); office conference with S. Bernstein regarding same (.2); office conference with J. Riley regarding same (.5)<br>Kimberly J. Kannensohn | .90 | -282.50 |
| 07/29/14 | Confer with K. Kannensohn and S. Bernstein (5)<br>James B. Riley Jr. | .50 | |
| 07/29/14 | (5) Confer with K. Kannensohn regarding the Cahaba letter (.2); confer with J. Riley and K. Kannensohn (.3)<br>Samuel C. Bernstein | .50 | -162.50 |
| 07/30/14 | Prepare correspondence to client and A. Guon regarding post-payment audit<br>Kimberly J. Kannensohn | 1.00 | |
| 07/30/14 | Confer with Cahaba regarding the medical record request (.4); confer with J. Riley regarding same (.2)<br>Samuel C. Bernstein | .60 | |
| 07/31/14 | Confer with S. Bernstein and R. Mason regarding recent audit request<br>James B. Riley Jr. | .50 | |
| 07/31/14 | Confer with P. Rundell regarding the medical records review request and potential outcomes to responding to the request (.6); confer with J. RIley, R. Mason, and P. Catanese regarding same (.5); confer with K. Kannensohn regarding obtaining an extension to the medical records request (.2); review basis for prior extension request (.3) (5)<br>Samuel C. Bernstein | 1.60 | -162.50 |
| 08/01/14 | Office conference with J. Riley regarding request for an extension of time to respond to post-payment audit records request<br>Kimberly J. Kannensohn | .30 | |

-607.50

| | | |
|---|---|---|
| 08/01/14 | Confer with Cahaba regarding obtaining the extension to the medical records request deadline<br>Samuel C. Bernstein | .20 |
| 08/04/14 | Call with A. Guon regarding civil forfeiture action<br>Christina M. Egan | .20 |
| 08/05/14 | Office conference with S. Bernstein regarding request for an extension of time to respond to medical records request<br>Kimberly J. Kannensohn | .30 |
| 08/05/14 | Call with A. Guon regarding civil forfeiture<br>Christina M. Egan | .40 |
| 08/05/14 | Travel to court and attend hearing on fee application<br>Paul J. Catanese | 1.20 |
| 08/05/14 | Draft letter requesting extension of the Cahaba medical records production request (1.5); [confer with K. Kannensohn regarding same (.3);] confer with A. Guon regarding same (.1); confer with P. Rundell regarding responding to the medical records request (.2)<br>Samuel C. Bernstein | 2.10 -97.50 |
| 08/06/14 | Review and substantially revise letter to Cahaba requesting an extension of time to submit medical records in response to post-payment audit document records received by Sacred Heart Hospital<br>Kimberly J. Kannensohn | 1.20 |
| 08/06/14 | Confer with A. Guon regarding the final cost reports (.2); confer with J. Smith at NGS regarding the status of the cost reports (.5); review documentation regarding same (.6); correspond with Deborah Morgan at CMS regarding open issues relating to the suspension (.4)<br>Samuel C. Bernstein | 1.70 |
| 08/07/14 | Office conference with S. Bernstein regarding cost report filing issues<br>Kimberly J. Kannensohn | .20 |

(5)

-97.50

| Date | Description | Hours |
|---|---|---|
| 09/08/14 | Pull patient records in response to audit letter received from Illinois for Sacred Heart Hospital<br>Lauren M Graff | .40 |
| 09/08/14 | Continue review of 132 patient records to remove records not requested by Cahaba in July 2014 request letter to Sacred Heart<br>Lauren M Graff | 2.40 |
| 09/11/14 | Review overpayment refund demands and underpayment notice received by Sacred Heart (.3); confer with J. Riley and S. Bernstein regarding same (.7) (5)<br>Kimberly J. Kannensohn | 1.00 -395.50 |
| 09/11/14 | Confer with S. Bernstein and K. Kannensohn regarding correspondence from HFS-OIG, Cahaba and NGS and response to same (.7); email to P. Rundell and A. Guon regarding same (.2)<br>James B. Riley Jr. | .90 |
| 09/11/14 | Research appeals process for appealing the Illinois Medicaid OIG's overpayment determination (.7); confer with K. Kannensohn and J. Riley regarding the Illinois Medicaid OIG's overpayment determination, National Government Services' overpayment determination based on Sacred Heart's cost reports for 2009-2012, and the status of the Cahaba medical record submission (.7); confer with Marybeth Young at the HFS OIG's office regarding obtaining an extension to the 10 day deadline to request a hearing (.2); confer with NGS regarding the status of Sacred Heart's cost reports (.2); draft and transmit formal extension request to Marybeth Young at the HFS OIG's office regarding the Final Audit Determination for the period commencing March 1, 2009 through December 31, 2011 (.5)<br>Samuel C. Bernstein | 2.30 (5) -227.50 |
| 09/12/14 | Draft and transmit explanatory email to P. Rundell and A. Guon regarding the OIG's and NGS' overpayment determinations<br>Samuel C. Bernstein | 1.20 |

-623.00

| | | |
|---|---|---|
| 09/15/14 | Prepare for and participate in conference call with A. Guon and P. Rundell regarding NGS cost report finding (.5); response to OIG recoupment and Cahaba audit (.5)<br>James B. Riley Jr. | 1.00 |
| 09/15/14 | Correspond with J. Foster at NGS regarding the cost report overpayment determinations<br>Samuel C. Bernstein | .10 |
| 09/15/14 | Prepare for call with P. Rundell and J. Riley regarding NGS and HFS OIG overpayment determinations (.6); confer with P. Rundell and J. Riley regarding same (.5) J(5)<br>Samuel C. Bernstein | 1.10 -162.50 |
| 09/17/14 | Continue review of 132 patient records to remove records not requested by Cahaba in July 2014 request letter to Sacred Heart<br>Lauren M Graff | 1.50 |
| 09/18/14 | Review correspondence from Cahaba assessing an overpayment of $1.7M for claims associated with medical records submitted between January and March 2013 (.3); confer with S. Bernstein regarding same (.3); phone conference with P. Rundell regarding same (.4)<br>Kimberly J. Kannensohn | 1.00 |
| 09/18/14 | Review Cahaba overpayment determination letter (.3); confer with K. Kannensohn regarding same (.3); confer with A. Guon regarding same and regarding the medical storage agreement (.5); confer with A. Enyeart regarding revising the medical storage agreement (.2); confer with L. Graff regarding the status of the medical records review in preparation for the submission of additional medical records to Cahaba Safeguard Administrators in connection with their second medical records request (.9); confer with Paul Rundell and K. Kannensohn regarding same (.4) J(5)<br>Samuel C. Bernstein | 2.60 -97.50 |
| 09/18/14 | Continue review of 132 patient records to remove records not requested by Cahaba in July 2014 request letter to Sacred Heart<br>Lauren M Graff | 5.90 |

-260.00

| | | |
|---|---|---|
| 09/24/14 | Review modifications to BAA with record storage company implemented by A. Enyeart and revise same (.5); review and revise correspondence accompanying BAA (.4); multiple phone conferences with A. Guon regarding same (.9)<br>Kimberly J. Kannensohn | 1.80 |
| 09/25/14 | Continue review of 132 patient records to remove records not requested by Cahaba in July 2014 request letter to Sacred Heart<br>Lauren M Graff | .60 |
| 09/26/14 | Continue review of 132 patient records to remove records not requested by Cahaba in July 2014 request letter to Sacred Heart<br>Lauren M Graff | .90 |
| 09/29/14 | Telephone conference with P. Rundell regarding filing of Medicaid appeal and follow up with Medicare audit (.4); confer with S. Bernstein regarding same (.2)<br>James B. Riley Jr. | .60 |
| 09/29/14 | Review proposed revisions to business associate agreement and document management agreement<br>Amanda L. Enyeart | .70 |
| 09/29/14 | Review time-frame for requesting a hearing for the HFS OIG overpayment determination hearing (.3); confer with J. Riley regarding the overpayment determinations (.3); confer with J. Riley and P. Rundell regarding same (.3)<br>Samuel C. Bernstein | .90 (5) -97.50 |
| 09/29/14 | Draft letter to Cahaba regarding review of 132 patient records requested by Cahaba in July 2014 request letter to Sacred Heart<br>Lauren M Graff | 2.40 |
| 09/30/14 | Review modifications to storage agreement and BAA proposed by counterparty to storage agreement (.5); review and revise letter seeking a hearing to contest Medicaid overpayment demand (.5)<br>Kimberly J. Kannensohn | 1.00 |
| 09/30/14 | Draft and transmit the request for a hearing to appeal the HFS OIG's overpayment determination<br>Samuel C. Bernstein | 1.60 |

-97.50

| | | |
|---|---|---|
| 09/30/14 | Continue review and summary of 132 patient records requested by Cahaba in July 2014 request letter to Sacred Heart<br>Lauren M Graff | 1.50 |
| 10/01/14 | Review revisions to record storage and management agreement and BAA with Recall (1.0): confer with A. Enyeart regarding same (.3); phone conference with A. Enyeart and A. Guon regarding same (.5); phone conference with A.Enyeart, A. Guon and G. Sands regarding the terms of the agreement (1.0)<br>Kimberly J. Kannensohn | 2.80 |
| 10/01/14 | (5) Confer with K. Kannensohn regarding requested revisions to the document management and business associate agreements (.5); phone conference with K. Kannensohn and A. Guon regarding same (.3); phone conference with K. Kannensohn, A. Guon and G. Sands to negotiate the terms of the agreements (1.0)<br>Amanda L. Enyeart (5) | 1.80 -585.00 |
| 10/01/14 | Draft medical records submission letter to Cahaba in response to the July 29, 2014 medical records request<br>Samuel C. Bernstein | 2.20 |
| 10/02/14 | Confer with K. Kannensohn regarding status of recovery by government<br>James B. Riley Jr. | .30 |
| 10/02/14 | Revise document management services agreement and business associate agreement with Recall (2.0); confer with K. Kannensohn regarding same (.4)<br>Amanda L. Enyeart | 2.40 |
| 10/02/14 | Confer with K. Kannensohn regarding the medical records submission to Cahaba regarding the medical records audit request (.5); review and revise cover letter regarding same (.3); review medical records to confirm that the submission is responsive to Cahaba's July 29, 2014 letter (.3); confer with J. Drobick at Cahaba regarding same (.2)<br>Samuel C. Bernstein | 1.30 |
| 10/02/14 | Review files to ensure accuracy of patient data<br>William T. Nash | 4.50 |

-585.00

| | | |
|---|---|---|
| 10/02/14 | Continue review of 132 patient records to remove records not requested by Cahaba in July 2014 request letter to Sacred Heart<br>Lauren M Graff | 1.10 |
| 10/03/14 | Confer with S. Bernstein regarding appeal rights of claims by Cahaba, IL HSFS and NGS<br>James B. Riley Jr. | .50 |
| 10/03/14 | Confer with J. Riley regarding the status of the various overpayment demands and audits from CMS and the Illinois Department of Healthcare and Family Services and discuss a plan for addressing each of these issues (.5); review overpayment demand letters (.2)<br>Samuel C. Bernstein | .70 (5) -162.50 |
| 10/03/14 | Alphabetizing, organizing, and then inputting the names of each individual patient and their requested dates into the Summary of Medical Records chart.<br>Justin M. LeClaire | 3.70 |
| 10/03/14 | Continue review of 132 patient records to remove records not requested by Cahaba in July 2014 request letter to Sacred Heart<br>Lauren M Graff | 6.50 |
| 10/06/14 | Revise document management agreement per request from A. Guon<br>Amanda L. Enyeart | .10 |
| 10/06/14 | Inputting physician/staff names for each patient onto the summary of medical records chart<br>Justin M. LeClaire | 4.70 |
| 10/06/14 | Continue review of 132 patient records to summarize physicians and staff rendering services in response to Cahaba July 2014 request letter to Sacred Heart<br>Lauren M Graff | 2.70 |

-162.50

| | | |
|---|---|---|
| 10/07/14 | Inputting the license numbers for each individual physician/staff member on the summary of medical records chart, cleaning the document and checking for errors, figuring out initials, looking up any missing information on the chart, and switching the physician names around so the physicians with missing license numbers are on the bottom on each patients list<br>Justin M. LeClaire | 5.20 |
| 10/07/14 | Continue review of 132 patient records to summarize physicians and staff rendering services in response to Cahaba July 2014 request letter to Sacred Heart<br>Lauren M Graff | 3.50 |
| 10/08/14 | Review and revise second submission letter to Cahaba, which sets forth a list of staff members and physicians relating to the 100 medical records previously transmitted to Cahaba and confer with K. Kannensohn regarding same (1.9); review and revise list of 100 medical records and the related physicians and staff members that provided services to the applicable beneficiaries (.2)<br>Samuel C. Bernstein | 2.10 |
| 10/08/14 | Organization of records of 132 patient records as requested by Cahaba in July 2014 request letter to Sacred Heart (2.0); update draft of response letter to Cahaba with edits for S. Bernstein (.6)<br>Lauren M Graff | 2.60 |
| 10/12/14 | Review revisions to Recall agreements to add obligations with respect to electronic records<br>Amanda L. Enyeart | 1.60 |
| 10/13/14 | Confer with S. Bernstein and A. Enyeart regarding medical record storage agreement with Recall<br>Kimberly J. Kannensohn | .40 |
| 10/13/14 | Confer with S. Bernstein and K. Kannensohn regarding Recall agreement (.4); revise cover memorandum accordingly (.7)<br>Amanda L. Enyeart | 1.10 -130.00 |

3

-130.00

| Date | Description | Hours | |
|---|---|---|---|
| 10/13/14 | Confer with A. Enyeart and K. Kannensohn regarding the Recall medical record storage agreement (5)<br>Samuel C. Bernstein | .40 | -130.00 |
| 10/14/14 | Phone conference with A. Guon regarding Recall agreement (1.1); revise services agreement accordingly (.1)<br>Amanda L. Enyeart | 1.20 | |
| 10/14/14 | Confer with A. Enyeart and A. Guon regarding issues relating to the Recall agreement (5)<br>Samuel C. Bernstein | 1.10 | -357.50 |
| 10/15/14 | Review modifications to Recall agreement (.8); review accompanying correspondence to A. Guon (.2); modify correspondence to address Cahaba's refusal to extend the document submission deadline (.3)<br>Kimberly J. Kannensohn | 1.30 | |
| 10/15/14 | Revise Recall agreement and schedules per call with and email from A. Guon<br>Amanda L. Enyeart | 1.90 | |
| 10/15/14 | Review and revise Recall agreement; confer with K. Kannensohn regarding same<br>Samuel C. Bernstein | 1.50 | |
| 10/16/14 | (5) Confer with R. Mason regarding HIPAA liability of liquidating trustee (.5); review case law summaries regarding same (.5); phone conference with A. Guon regarding potential HIPAA liability of liquidating trustee (.5); review and reply to follow-up correspondence from A. Guon regarding same (1.0)<br>Kimberly J. Kannensohn | 2.50 | -282.50 |
| 10/16/14 | Conferring with K. Kannensohn regarding whether a liquidating trustee is subject to HIPPA (.3); brief research (.4); drafting e-mail to K. Kannensohn regarding my views (.4); reading Kannensohn's e-mail (.1); drafting reply (.2)<br>Richard J. Mason PC | 1.40 | |
| 10/16/14 | Phone conference with A. Guon and K. Kannensohn regarding disavowal of trustee obligations under HIPAA<br>Amanda L. Enyeart | .50 | |

-770.00

| | | |
|---|---|---|
| 10/16/14 | Confer with J. Riley regarding the status of open issues relating to the overpayment demands (.1); draft summary of same (.4); confer with the HFS-OIG office relating to the status of our request for a February 2, 2015 hearing to appeal the overpayment determination (.4)<br>Samuel C. Bernstein | .90 |
| 10/20/14 | Review most recent round of revisions to the Recall agreement (1.5); phone conference with A. Guon regarding same (.5)<br>Kimberly J. Kannensohn | 2.00 |
| 10/20/14 | Confer with A. Guon regarding document management agreement revisions submitted by Recall (.5); revise same (1.0); (confer with K. Kannensohn and A. Guon regarding same (.5) ] (5)<br>Amanda L. Enyeart | 2.00<br>-162.50 |
| 10/21/14 | Revise document management agreement per call with A.Guon and K. Kannensohn<br>Amanda L. Enyeart | .80 |
| 10/22/14 | Review motion and brief related to the Recall agreement (.5); confer with A. Guon regarding same (.6)<br>Amanda L. Enyeart | 1.10 |
| 11/03/14 | Review and revise correspondence to Recall regarding retrieval of medical records requested by Cahaba (1.0); further revise correspondence (.5)<br>Kimberly J. Kannensohn | 1.50 |
| 11/03/14 | Prepare and send list of medical records to Recall, which were requested by Cahaba<br>Samuel C. Bernstein | .90 |
| 11/04/14 | Review correspondence with A. Guon regarding the recall agreement and non-medical record storage boxes (.2); confer with K. Kannensohn regarding same (.1); correspond with A. Guon regarding same (.1)<br>Samuel C. Bernstein | .40 |
| 11/07/14 | Confer with A. Guon regarding potential arrangement related to the transfer of servers to medical records company<br>Amanda L. Enyeart | .30 |

-162.50

| | | |
|---|---|---|
| 12/23/14 | Review and revise submission and extension request letter to Cahaba to accompany 8 additional medical records for submission in response to the medical records request<br>Samuel C. Bernstein | .20 |
| 12/23/14 | Update letter to Cahaba enclosing requested medical records of Sacred Heart Hospital with S. Bernstein edits (.3); prepare internal copy of records to be sent (.8)<br>Lauren M Graff | 1.10 |
| 12/24/14 | Confer with P. Rundell regarding the Cahaba submission (.3); review and revise letter to Cahaba and transmit additional medical records to Cahaba (.2); correspond with CPSI regarding retrieving copies of the requested medical records from the electronic medical record system (.2)<br>Samuel C. Bernstein | .70 |
| 12/29/14 | Confer with C. Conte regarding CPSI retrieving the servers from Sacred Heart Hospital to print out the medical records requested by Cahaba<br>Samuel C. Bernstein | .20 |
| 01/05/15 | Send emails to client regarding hearing on motion to quash Lebow subpoenas (.6); review filings in Lebow motion to quash and review transcript from prior hearing on attorney client privilege issue in preparation for hearing and appear at hearing on motion to quash to respond to any questions from court (1.0); send follow up emails to client regarding hearing (.6)<br>Christina M. Egan | 2.20 |
| 01/06/15 | Confer with J. Riley and S. Bernstein regarding status of audits by Cahaba, CMS and IL state Medicaid (5)<br>Kimberly J. Kannensohn | 1.00 -565.00 |
| 01/06/15 | Confer with K. Kannensohn and S. Bernstein regarding status of audits by Cahaba, CMS and IL state Medicaid<br>James B. Riley Jr. | 1.00 |
| 01/06/15 | Review language in proposed agreed order on Lebow motion to quash and send email regarding same<br>Christina M. Egan | .50 |

-565.00

| | | |
|---|---|---|
| 01/06/15 | Confer with J. Riley and K. Kannensohn regarding the status of audits by Cahaba, CMS and IL state Medicaid (5)<br>Samuel C. Bernstein | 1.00 -325.00 |
| 01/12/15 | Review correspondence prepared by S. Bernstein regarding the current status of all overpayment demands (.3); revise same (.2)<br>Kimberly J. Kannensohn | .50 |
| 01/12/15 | Draft explanatory email to P. Rundell regarding the current status of all overpayment demands<br>Samuel C. Bernstein | 1.90 |
| 01/15/15 | Send and respond to emails with P. Rundell regarding question from counsel for J. Lebow regarding appeal of court ruling<br>Christina M. Egan | .10 |
| 01/16/15 | Review email from counsel for J. Lebow and send follow up emails to P. Rundell and to counsel for J. Lebow<br>Christina M. Egan | .10 |
| 01/23/15 | Confer with A. Guon regarding issues relating to CPSI's failure to produce the requested medical records (.3); correspond with CPSI regarding same (.4); confer with K. Kannensohn regarding same (.2)<br>Samuel C. Bernstein | .90 |
| 01/23/15 | Draft and revise summary regarding the status of responding to the Medicare and Medicaid overpayment demands (1.1); confer with K. Kannensohn regarding same (.3)<br>Samuel C. Bernstein | 1.40 |
| 01/25/15 | Send and respond to emails regarding documents requested by defense counsel<br>Christina M. Egan | .20 |
| 01/26/15 | Review correspondence to P. Rundell regarding status of various overpayment refund demands (.2); revise same (.3); confer with S. Bernstein (.5)<br>Kimberly J. Kannensohn | 1.00 |
| 01/26/15 | Review and send and respond to emails regarding documents requested by various defense counsel and call with A. Guon regarding same<br>Christina M. Egan | .50 |

-325.00

(5)

| Date | Description | Hours | |
|---|---|---|---|
| 01/26/15 | Confer with K. Kannensohn (.5); confer with the HFS OIG regarding the Medicaid overpayment demand, review and revise explanatory email regarding same (.7)<br>Samuel C. Bernstein | 1.20 | -162.50 |
| 01/27/15 | Review correspondence regarding Cahaba extension request (.2); review correspondence to CPSI regarding request for electronic records (.1)<br>Kimberly J. Kannensohn | .30 | |
| 01/27/15 | Correspond with CPSI regarding obtaining the additional medical records requested by Cahaba (.3); review Cahaba's final extension request (.1)<br>Samuel C. Bernstein | .40 | |
| 01/28/15 | Confer with Svetlana Parashchak regarding the review of electronic Medical Records in preparation for their submission to Cahaba (.3); correspond with Recall regarding storing additional medical records (.4)<br>Samuel C. Bernstein | .70 | |
| 01/29/15 | Receipt and review of letter of understanding requested by CPSI as a prerequisite to the production of electronic records<br>Kimberly J. Kannensohn | .50 | |
| 01/29/15 | Review of status of audit of records for Medicare and Medicaid (1.0); review of NPRs for 2009-2012 and analyzed items in dispute (2.0)<br>James B. Riley Jr. | 3.00 | |
| 01/30/15 | Confer with S. Bernstein regarding efforts to procure correspondence from CPSI<br>Kimberly J. Kannensohn | .10 | |
| 01/30/15 | Correspond with C. Conte, CPSI's counsel, regarding the production of medical records (.3); confer with K. Kannensohn regarding same (.1) (5)<br>Samuel C. Bernstein | .40 | -32.50 |
| 02/02/15 | Review medical records from CPSI and prepare same for submission to Cahaba<br>Samuel C. Bernstein | 1.40 | |

-195.00

| | | |
|---|---|---|
| 02/05/15 | (5) Call with J. Riley, P. Rundell, A. Guon, D. Mclaughlan, Tony, and Thomas Abraham regarding strategy for medical claims appeals and cost report appeals (1.0); review 1.59M Medicare overpayment demand and related 11X type records to determine whether there is a basis to challenge the determination (3.4); submit same to Karin Davis (.2)<br>Samuel C. Bernstein | 4.60<br>-325.00 |
| 02/05/15 | Review submission of additional medical records to Cahaba relating to the sample of claims comprising $32M in potential overpayments<br>Samuel C. Bernstein | 1.50 |
| 02/05/15 | Review of medical records to produce 132 medical records of Sacred Heart Hospital requested by Cahaba Safeguard<br>Lauren M Graff | 2.90 |
| 02/05/15 | Review medical records to produce 132 medical records of Sacred Heart Hospital requested by Cahaba Safeguard<br>Svetlana Parashchak | 5.50 |
| 02/10/15 | Compile internal records medical records to produce 132 medical records of Sacred Heart Hospital requested by Cahaba Safeguard<br>Lauren M Graff | .40 |
| 02/12/15 | Confer with K. Davis regarding the claims deemed overpaid by Cahaba relating to $1.3M in overpayments (.5); review medical records regarding same to determine potential basis for appeal (2.4)<br>Samuel C. Bernstein | 2.90 |
| 02/13/15 | Review correspondence with Mr. Jaiswal requesting production of medical records<br>Kimberly J. Kannensohn | .30 |

-325.00

| | | |
|---|---|---|
| 02/13/15 | Correspond with CPSI and Portal Healthcare regarding producing the 8 medical records that K. Davis indicated my have additional documentation that could be used to challenge the overpayment determination (.5); correspond with Portal healthcare regarding same (.3); review the related medical records to confirm the basis for the overpayment appeal (.3); confer with C. Conte at CPSI regarding same (.3)<br>Samuel C. Bernstein | 1.40 |
| 02/14/15 | Correspond with A. K. Jay Jaiswal of Acend regarding obtaining copies of the transcribed physician progress notes for the medical records alleged to be not payable by Cahaba<br>Samuel C. Bernstein | .50 |
| 02/16/15 | Review correspondence regarding request for progress notes (.1); confer with S. Bernstein regarding same (.2)<br>Kimberly J. Kannensohn | .30 |
| 02/16/15 | Confer with K. Kannensohn regarding obtaining progress notes regarding appealing the NGS determination (5)<br>Samuel C. Bernstein | .20 -65.00 |
| 02/18/15 | Review correspondence regarding request for extension of the redetermination request deadline in connection with 1.59 million overpayment determination (.4); review correspondence from C. Conte regarding issues associated with procuring medical records (.4)<br>Kimberly J. Kannensohn | .80 |
| 02/18/15 | Calls with defense attorney S. Toney representing L. Consolo regarding subpoena from government and privilege waiver issue (.2); emails with P. Rundell regarding same (.1)<br>Christina M. Egan | .30 |
| 02/18/15 | Confer with B. Barnett regarding reviewing the additional medical records we received from CPSI (.7); confer with C. Conte regarding retrieving the remaining 6 medical records (.5)<br>Samuel C. Bernstein | 1.20 |
| 02/18/15 | Review additional medical records from CPSI<br>Brett Wortman Barnett | 3.10 |

-65.00

| | | |
|---|---|---|
| 02/19/15 | Review and revise request for extension of the date to file redetermination request<br>Kimberly J. Kannensohn | .80 |
| 02/19/15 | Review additional medical records from CPSI<br>Brett Wortman Barnett | 2.10 |
| 02/20/15 | Confer with A. Guon regarding CPSI's retrieval of the medical records (.4); review and revise redetermination extension request relating to the $1.59M overpayment determination by Cahaba (1.0)<br>Samuel C. Bernstein | 1.40 |
| 02/24/15 | Confer with J. Riley regarding the cost reports adjustment (.5); correspond with D. McLaughlan and T. Abraham regarding bad debt record submissions to NGS (.5); review cost report documentation regarding same (.6)<br>Samuel C. Bernstein | 1.60 |
| 02/25/15 | Confer with S. Bernstein regarding appeal of cost report adjustments (.5); review regarding cost report adjustment appeal (.5)<br>James B. Riley Jr. | 1.00 |
| 02/26/15 | Confer with S. Bernstein regarding cost reports of Sacred Heart Hospital and appeal of adjustments (.5)<br>James B. Riley Jr. | .50 |
| 02/26/15 (5) | [Confer with J. Riley regarding the appeal for the 2012 and 2013 cost reports (.5);] review explanatory email by B. Barnett regarding steps relating to the appeal (.5); confer with B. Barnett regarding same (.5)<br>Samuel C. Bernstein | 1.50 -172.50 |
| 02/26/15 | Review appeal regulations and related documents<br>Brett Wortman Barnett | 3.00 |
| 02/27/15 | Continue review of PRRB appeals notices<br>James B. Riley Jr. | .30 |
| 02/27/15 | Review additional medical records from CPSI<br>Brett Wortman Barnett | 4.60 |
| 03/02/15 | Review of PRRB appeals and revise same (.2); confer with B. Barnett (.1)<br>James B. Riley Jr. | .30 |

-172.50

| | | |
|---|---|---|
| 04/28/15 | Review and analyze materials pertaining to forfeiture to make determination on strategy and next steps (.5); call with S. Acosta to obtain additional information relevant to decision (.5)<br>Christina M. Egan | 1.00 |
| 04/30/15 | Office conference with J. Riley and S. Bernstein regarding status of various Medicare and Medicaid program audits<br>Kimberly J. Kannensohn | .60 |
| 04/30/15 | Correspondence with D. Doyle, regarding status of confirmation of plan (.2); correspondence re fee application (.1)<br>Paul J. Catanese | .30 |
| 04/30/15 | Review Novak conviction and indictment to determine the scope of kickback allegations that were found true in order to evaluate the merits of contesting further overpayment determinations by the federal government (.8); confer with K. Kannensohn and J. Riley regarding the merits of further pursuing an appeal of any overpayment determination in light of the anti-kickback convictions (.3) (5)<br>Samuel C. Bernstein | 1.10 -103.50 |
| 05/01/15 | Prepare for and call with R. Hedges regarding discussing SH forfeiture next steps<br>Christina M. Egan | .50 |
| 05/01/15 | Confer with A. Guon regarding the status of the bankruptcy proceeding in light of HHS' $32M overpayment (.1); confer with C. Egan regarding the repercussions of the verdict (.1)<br>Samuel C. Bernstein | .20 |
| 05/06/15 | Call with AUSA R. Hedges regarding government position on Sacred Heart Hospital forfeiture (.2); call with A. Guon regarding same (.2)<br>Christina M. Egan | .40 |
| 05/08/15 | Confer with A. Guon regarding the plan (.2); correspond with A. Guon and P. Rundell regarding overpayment determinations (.2)<br>Samuel C. Bernstein | .40 |
| 05/19/15 | Correspondence with D. Doyle regarding filing fee application<br>Paul J. Catanese | .10 |

-103.50

| Date | Description | Hours |
|---|---|---|
| 05/20/15 | Correspondence with A. Guon regarding filing of fee application<br>Paul J. Catanese | .20 |
| 05/28/15 | Attention to status of timing of filling final fee application<br>Paul J. Catanese | .30 |
| 06/05/15 | Attention to revisions to fee application<br>Paul J. Catanese | .20 |
| 06/09/15 | Office conference with S. Bernstein and J. Riley regarding status<br>Kimberly J. Kannensohn | .50 |
| 06/09/15 | Confer with K. Kannensohn and J. Riley (5) regarding the status of current Medicare and Medicaid overpayment demands and regarding next steps<br>Samuel C. Bernstein | .50 -172.50 |
| 06/11/15 | Attend to fee petition<br>James B. Riley Jr. | .30 |
| 06/11/15 | Attention to preparing fee application<br>Paul J. Catanese | .30 |
| 06/16/15 | Attention to finalizing fee application<br>Paul J. Catanese | .30 |
| 06/16/15 | Revise third interim fee application<br>Stephanie Carroll Gratton | 1.00 |
| 06/16/15 | Review plan of reorganization<br>Stephanie Carroll Gratton | .20 |
| 06/17/15 | Further revise third interim fee application<br>Stephanie Carroll Gratton | .90 |
| 06/22/15 | Draft and revise terminating memorandum<br>Samuel C. Bernstein | .20 |
| 06/22/15 | Draft update to client<br>Brett Wortman Barnett | .40 |
| 06/23/15 | Draft and revise terminating memorandum<br>Samuel C. Bernstein | 1.90 |
| 06/24/15 | Review patient documents<br>Brett Wortman Barnett | 1.00 |

-172.50