UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   13-27091 |
| West Side Community Hospital, Inc., et al. | ) | (Jointly Administered) |
| | ) | Chapter:  11 |
| | ) | Honorable Eugene Wedoff |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING THIRD AND FINAL FEE APPLICATION OF KRIEG DeVAULT LLP, AS SPECIAL COUNSEL FOR DEBTORS FOR (I) APPROVAL OF FINAL FEES AND REIMBURSEMENT OF FINAL EXPENSES AND (II) FINAL APPROVAL OF PREVIOUSLY - AWARDED FEES AND EXPENSES**

Upon consideration of the Third and Final Fee Application (the "Final Application," and all undefined capitalized terms herein having the meanings given to them in the Application) of Krieg DeVault LLP ("Krieg DeVault") as special counsel to Debtors requesting the entry of an order pursuant to 11 U.S.C. §§ 330 and 331 and FED. R. BANKR. P. 2002(a)(6), 2016(a) and 9007 for the allowance of $3,481.50 in final compensation for 8.4 hours of professional services rendered by Krieg DeVault LLP and $19.44 in final expenses incident to those services between July 15, 2014 through July 9, 2015 and for final approval of previously-awarded fees and expenses; it appearing that there is good cause to grant the relief requested; and, there being no objection to the relief requested; it is therefore ORDERED that:

1. Krieg DeVault is allowed final compensation for actual and necessary legal services provided to the Debtors in the total amount of $3,671.50 and final reimbursement of actual and necessary expenses advanced for the benefit of the Debtors in the amount of $19.44 as follows:

a. $553.50 in fees with respect to Debtor West Side Community Hospital;
b. $2,833.00 in fees, and $19.44 in expenses, with respect to Debtor Garfield Kidney Center, LLC; and
c. $285.00 in fees with respect to Debtor Superior Home Health, LLC.

Enter: *[signature]*

Honorable Eugene R. Wedoff
United States Bankruptcy Judge

Dated:  August 18, 2015

**Prepared by:**

C. Daniel Motsinger (#6311564)
Krieg DeVault LLP
30 North LaSalle Street, Suite 2800
Chicago, IL 60602