# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | Case No. 13-27091 |
| WEST SIDE COMMUNITY HOSPITAL | ) | Jointly Administered |
| INC., ET AL.,[1] | ) | |
| Debtors. | ) | Honorable Eugene R. Wedoff |
| | ) | |
| | ) | Hearing Date: September 23, 2015 |
| | ) | Hearing Time: 9:30 a.m. |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on September 23, 2015 at 9:30 a.m., or as soon thereafter as counsel may be heard, we will appear before the Honorable Eugene R. Wedoff, or any judge sitting in his stead, in Room 744 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present the **Motion of Liquidating Trustee for Entry of Final Decree in Garfield and Superior Cases**, a copy of which is hereby served upon you.

Respectfully submitted,

Richard M. Fogel, Liquidating Trustee for the Liquidation Trust of West Side Community Hospital, Inc., Garfield Kidney Center, and Superior Home Health, LLC

Dated: September 16, 2015            By /s/ *David R. Doyle*
                                         One of his attorneys

David R. Doyle (#6303215)
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60654
Phone: (312) 980-3864

*Counsel to the Trustee*

---

[1] The Debtors consist of West Side Community Hospital Inc., Garfield Kidney Center, LLC and Superior Home Health, L.L.C.

{11367-001 MOT A0417622.DOCX 2}

I, David R. Doyle, an attorney, certifies that he caused to be served a true copy of the above and foregoing notice and attached pleading upon the attached Service List by the Bankruptcy Court's ECF notification system, unless otherwise indicated, on September 16, 2015.

/s/ David R. Doyle

# Mailing Information for Case 13-27091

### Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Steven P Lammers    slammers@kdlegal.com, cbocek@kdlegal.com
- William J. Barrett    william.barrett@bfkn.com, mark.mackowiak@bfkn.com; gregory.demo@bfkn.com
- Mark W. Bina    mark.bina@quarles.com
- Paul Catanese    pcatanese@mcguirewoods.com, docket@mcguirewoods.com
- David E Cohen    dcohen@fishercohen.com
- Joseph R Curcio    info@curcio-law.com, kmillan@curcio-law.com
- David R Doyle    ddoyle@shawfishman.com, kjanecki@shawfishman.com
- Travis J Eliason    teliason@kdlegal.com
- Earle Erman    eerman@ermanteicher.com, druhlandt@ermanteicher.com
- Robert M Fishman    rfishman@shawfishman.com, kjanecki@shawfishman.com
- Jonathan P Friedland    jfriedland@lplegal.com, jthompson@lplegal.com
- Marcus D Fruchter    mfruchter@honigman.com, rshumard@honigman.com,litdocket@honigman.com,central@sw.com
- Karen R Goodman    kgoodman@taftlaw.com, nbeagan@taftlaw.com
- Emily S. Gottlieb    emily_gottlieb@gardencitygroup.com, paul.kinealy@gardencitygroup.com; PACERTeam@gardencitygroup.com
- Allen J Guon    aguon@shawfishman.com, cowens@shawfishman.com
- John W Guzzardo    jguzzardo@shawfishman.com, mlites@shawfishman.com
- Edward J. Halper    ehalper@shefskylaw.com, sfdocket@shefskylaw.com
- Michael Kelly    michael.kelly@usdoj.gov, MRavelo@usa.doj.gov
- Amy Knapp    aknapp@smbtrials.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Tyler Steven Mertes    tyler.mertes@troutmansanders.com, cynthia.duran@troutmansanders.com
- W. Erin Morris-Campbell    wmorris@morriscampbell.com, wmorris@threesixtylegal.com
- C Daniel Motsinger    cmotsinger@kdlegal.com, crbpgpleadings@kdlegal.com; dcassady@kdlegal.com
- Joel R Nathan    joel.nathan@usdoj.gov, paula.gabriel@usdoj.gov, marina.ravelo@usdoj.gov, carol.bithos@usdoj.gov, ecf1.ausa@usdoj.gov, patrick.johnson2@usdoj.gov
- Kathryn E. Perkins    KPerkins@klehr.com

- Jack A Raisner    JAR@outtengolden.com, jxh@outtengolden.com; kdeleon@outtengolden.com; kcarter@outtengolden.com
- Marc S Reiser    mreiser@shawfishman.com, mlites@shawfishman.com
- Kimberly J Robinson    kim.robinson@bfkn.com
- Rene S Roupinian    rsr@outtengolden.com, jxh@outtengolden.com; kdeleon@outtengolden.com; kcarter@outtengolden.com
- Jessica M Scheller    jscheller@atg.state.il.us
- Bradley K Staubus    bks@eslaw500.com
- Kathleen A Stetsko    kstetsko@perkinscoie.com, docketchi@perkinscoie.com
- Hans U. Stucki    hstucki@ebglaw.com
- Martin D. Tasch    mtasch@momlaw.com
- Lori S Yokoyama    ly@lscyattorneys.com
- Daniel A Zazove    docketchi@perkinscoie.com

## U.S. Mail

A PLUS PLUS THERAPY
1113 W. BERWYN AVE.
CHICAGO, IL 60640-2301

ADEL NOUH
740 BRIAR HILL
ADDISON, IL 60101-2229

ANNE CASES
4011 N. OKETO AVE
NORRIDGE, IL 60706-1106

ARLENE MARAMBA
3303 GROVE AVE
UNIT 300
BERWYN, IL 60402-3440

ANDERSON PEST SOLUTIONS
501 WEST LAKE STREET
ELMHURST, IL 60126-1419

ANGELA ACEVEDO
4411 N. TROY
APT 2N
CHICAGO, IL 60625-4519

ALEXIS MORALES
4613 S. RICHMOND ST
2 FL
CHICAGO, IL 60632

AMANDA VAZQUES
1904 N. LAWNDALE
CHICAGO, IL 60647-3636

AURELIA MCCOY
1308 N. BELL
CHICAGO, IL 60622-3033

BAXTER HEALTHCARE
CORPORATE OFFICE
ONE BAXTER PARKWAY
DEERFIELD, IL 60015-4625

BAXTER HEALTHCARE
PO BOX 70564
CHICAGO, IL 60673-0564

BETTY HENDERSON
400 S. 19TH AVENUE
MAYWOOD, IL 60153-1464

BERNADETTE GENIDO
228 WILDWOOD CT
BLOOMINGDALE, IL 60108-1875

BLUE CROSS BLUE SHIELD OF ILLINOIS
ATTN LEGAL DEPT-BKY NOTICES
300 E RANDOLPH ST
CHICAGO, IL 60601-5099

BLUECROSS BLUESHIELD OF ILLINOIS
IL DIRECTOR OF INSURANCE REG AGENT
100 W. RANDOLPH ST STE 9-301
CHICAGO, IL 60601-3286

CIT Finance, LLC
c/o Weltman, Weinberg & Reis
175 S. THIRD STREET, STE 900
COLUMBUS, OH 43215-5166

COMED
LEGAL REVENUE RECOVERY/CLAIMS
THREE LINCOLN CENTER
OAKBROOK TERRACE, IL 60181-4204

Cook County Treasurer
Law Dep't.
118 North Clark Street
Chicago, IL 60602-1590

CARIDAD MATOS
20906 BLOOMFIELD DR
PLAINFIELD, IL 60544-7364

CARLOS VELASCO
2545 N. AVERS AVE
CHICAGO, IL 60647-6325

CARRIE CATALANO
648 N. DAMEN AVE.
CHICAGO, IL 60622-5501

{11367-001 MOT A0417622.DOCX 2}    3

| | | |
|---|---|---|
| DIANE BUCKLEY<br>9129 S MASSASOIT AVE<br>OAK LAWN, IL 60453-1655 | DORINE PAINO<br>14801 S WABASH<br>DOLTON, IL 60419-1620 | DAVID VEGA<br>1233 N MONTICELLO<br>CHICAGO, IL 60651-2227 |
| DEVON BAXTER<br>3037 W BELLE PLAINE<br>#3<br>CHICAGO, IL 60618-2549 | DONNA PHIPPS-LUCKETT<br>942 DUNLOP AVE<br>FOREST PARK, IL 60130-3047 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| EDWARD J HALPER<br>SHEFSKY & FROELICH LTD<br>111 E WACKER #2800<br>CHICAGO, IL 60601-4209 | ELOISA AGOSTO<br>1604 W JULIAN ST<br>CHICAGO, IL 60622-2233 | ERIKA LEANOS<br>1844 S CUYLER AVE.<br>CHICAGO, IL 60402 |
| FIRSTMERIT BANK N.A.<br>678 LEE STREET<br>DES PLAINES, IL 60016-4584 | FELY TAN<br>339 CLUBHOUSE ST<br>BOLINGBROOK, IL 60490-2138 | Garfield Kidney Center, LLC<br>3240 W. Franklin Blvd.<br>Chicago, IL 60624-1511 |
| GIOCONDA ARIAS<br>3001 N NEW ENGLAND<br>CHICAGO, IL 60634-4619 | GAMBRO RENAL PRODUCTS<br>CORPORATE OFFICE<br>14143 DENVER WEST PARKWAY<br>LAKEWOOD, CO 80401-3266 | GUADALUPE GUEVARA<br>2519 S OAK PARK<br>BERWYN, IL 60402-2532 |
| H&S TECHNICAL SERVICES INC<br>1833 W MAIN ST STE 119<br>MESA, AZ 85201-6924 | HEMA SOURCE, INC.<br>4158 W. NIKE DR STE B<br>WEST JORDAN, UT 84088-5959 | HENRY SCHEIN INC<br>CORPORATE OFFICE<br>135 DURYEA ROAD<br>MELVILLE, NY 11747-3834 |
| ILLINOIS DEPT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 64338<br>CHICAGO, IL 60664-0338 | INLANDER BROTHERS INC<br>7701 S. CLAREMONT AVE<br>CHICAGO, IL 60620-5889 | INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| INTERNAL REVENUE SERVICE<br>BANKRUPTCY NOTICING DEPT<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | INTERNATIONAL EXTERMINATOR<br>100 LIVELY BLVD<br>ELK GROVE VILLAGE, IL 60007-1621 | IVAN CHAVEZ<br>1108 KINMONTH DR.<br>JOLIET, IL 60433-8529 |
| JASON ROGERS<br>1850 W OAKDALE<br>CHICAGO, IL 60695-0001 | JULIAN SANTOS<br>7325 SUMMIT RD<br>DARIEN, IL 60561-3528 | JACARMA OLIVER<br>2014 N KEYSTONE AVE<br>UNIT 2F<br>CHICAGO, IL 60639-3751 |
| JESSICA JUSTINIANO<br>2515 N SPRINGFIELD<br>CHICAGO, IL 60647-1028 | JOSEFINA NUNEZ<br>6807 KANSAS AVE<br>HAMMOND, IN 46323-1736 | JUSTIN KUSHIDA<br>5003 W BESTEAU<br>CHICAGO, IL 60641-1738 |

KAREN GRICUS
5746 S MAYFIELD
CHICAGO, IL 60638-3612

KATHLEEN DEPADUA
4523 N KILDARE AVE
CHICAGO, IL 60630-4204

LEE MEDICAL INTERNATIONAL
612 DISTRIBUTORS ROW
HARAHAN, LA 70123-3206

LESLIE QUIAMBAO
2915 N 76TH AVE
ELMWOOD, IL 60707-1127

MAR COR PURIFICATION
14550 28TH AVENUE NORTH
MINNEAPOLIS, MN 55447-4817

METRO MEDICAL
Priscilla Hobbs
200 CUMBERLAND BEND
NASHVILLE, TN 37228-1804

NORMA CRUZ
4722 N MONTICELLO AVE
CHICAGO, IL 60625-5808

NATIONWIDE LABORATORY SVCS
2030 WEST MCNAB ROAD
FT. LAUDERDALE, FL 33309-1002

OFFICE OF THE ILLINOIS
ATTORNEY GENERAL
REVENUE LITIGATION BUREAU
100 W. RANDOLPH ST., 13TH FL
CHICAGO, IL 60601-3397

OFFICE OF THE U.S.
ATTORNEY GENERAL
U.S. DEPT. OF JUSTICE
950 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20530-0001

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

PPS PLUS SOFTWARE
1641 POPPS FERRY RD STE A1
BILOXI, MS 39532-2226

PDI COMMUNICATION SYSTEMS
40 GREENWOOD LANE
SPRINGBORO, OH 45066-3033

PRIME TIME SPORTS, LLC
220 W. CAMPUS DR. UNIT C
ARLINGTON HEIGHTS, IL 60004-1479

QUILL CORPORATION
100 SCHELTER ROAD
LINCOLNSHIRE, IL 60069-3621

ROCHELLE RODRIGUEZ
2126 N. 76TH AVE
ELMWOOD PARK, IL 60707-3003

RAFAEL PANAGUITON
5810 W ADDISON ST
CHICAGO, IL 60634-4358

RAINBOW CLEANING &
MAINTENANCE
8533 S. NEENAH
BURBANK, IL 60459-2347

ROCKWELL MEDICAL
TECHNOLOGIES
30142 WIXOM ROAD
WIXOM, MI 48393-3440

ROSE SHARON GIMAY
4011 N OKETO AVE
NORRIDGE, IL 60706-1106

SECURITIES AND EXCHANGE
COMMISSION
175 W JACKSON BLVD
STE 900
CHICAGO, IL 60604-2908

Superior Home Health, L.L.C.
3240 W. Franklin Blvd.
Chicago, IL 60624-1511

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

UNITED STATES PLASTIC CORP
1390 NEUBRECHT RD
LIMA, OH 45801-3196

WASTE MANAGEMENT
CORPORATE OFFICE
1001 FANNIN, STE 4000
HOUSTON, TX 77002-6711

WMHS GERMANTOWN
COLLECTIONS
1021 SOUTH MAIN
HOUSTON, TX 77002-6502

YESENIA LOPEZ
2636 N. LECLAIRE
CHICAGO, IL 60639-1658

YETUNDA OKESANYA
3017 W JARLATH ST
CHICAGO, IL 60645-1127

{11367-001 MOT A0417622.DOCX 2}      5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | Case No. 13-27091 |
| WEST SIDE COMMUNITY HOSPITAL ) | Jointly Administered |
| INC., ET AL.,[2] ) | |
| Debtors. ) | Honorable Eugene R. Wedoff |
| ) | |
| ) | Hearing Date: September 23, 2015 |
| ) | Hearing Time: 9:30 a.m. |

**MOTION OF LIQUIDATING TRUSTEE FOR ENTRY OF**
**FINAL DECREE IN GARFIELD AND SUPERIOR CASES**

Richard M. Fogel, the liquidating trustee (the "Trustee") for the Liquidation Trust of West Side Community Hospital, Inc., Garfield Kidney Center, LLC and Superior Home Health, L.L.C. (the "Liquidating Trust"), hereby moves (the "Motion") for entry of a final decree closing the bankruptcy cases of Garfield Kidney Center, LLC ("Garfield"), Case No. 13-27092, and Superior Home Health, L.L.C. ("Superior"), Case No. 13-27093, and respectfully states as follows:

**Background**

1. On July 2, 2013, Garfield, Superior, and West Side Community Hospital, Inc. (collectively, "Debtors") filed voluntary petitions for relief under chapter 11 of title 11, United States Code ("Bankruptcy Code"), thereby commencing the above-captioned cases.

2. On July 3, 2013, the Court entered an order directing the joint administration of the Debtors' bankruptcy cases for procedural purposes only [Dkt. No. 22].

3. On June 17, 2015, the Court entered the *Order Confirming the Debtors' Amended Joint Chapter 11 Plan of Reorganization Approving the Adequacy of the Disclosure Statement*

---

[2] The Debtors consist of West Side Community Hospital Inc., Garfield Kidney Center, LLC and Superior Home Health, L.L.C.

{11367-001 MOT A0417622.DOCX 2}

*Thereto* [Dkt. No. 537] (the "Confirmation Order"), which confirmed the Debtors' *Second Amended Joint Chapter 11 Plan* [Dkt. No. 455] (the "Plan"). The Plan became effective on June 18, 2015.

4. Pursuant to the Confirmation Order and the Plan, as of the effective date, Richard M. Fogel became the Trustee for the Liquidating Trust created by the Plan. Sections 5.3 and 5.6 of the Plan provide that the Trustee shall administer the post-confirmation estates of the Debtors and implement the provisions of the Plan.

### Distributions under the Plan

5. A summary of the distributions to creditors of Superior and Garfield, and the status of such distributions, is set forth in detail below:

| Claims | Summary of Plan Treatment | Status of Distributions |
|---|---|---|
| **Administrative Claims** | Payment in full shortly after confirmation of the Plan. | All administrative claims have been paid in full. |
| **Priority Claims of Garfield and Superior** | Payment in full on Effective Date or as soon thereafter as practical. | All priority claims have been paid in full, except for the claim of the IRS against Garfield.[3] |
| **FirstMerit Secured Claims** | FirstMerit retains its liens on certain cash and accounts and receives a payment of $175,000 from the Garfield estate. | FirstMerit has received the payment of $175,000 and all other amounts due under the Plan. |

---

[3] The IRS intends to file an amended priority tax claim prior to the hearing in this Motion.

{11367-001 MOT A0417622.DOCX 2}                    2

| Claims | Summary of Plan Treatment | Status of Distributions |
|---|---|---|
| **General Unsecured Claims against Garfield** | Holders of Allowed General Unsecured Claim against Garfield shall receive their pro rata share of Garfield Liquidation Proceeds. Garfield Liquidation Proceeds remaining after payment of all Allowed Claims against Garfield shall be made available for Holders of Claims and Interests against Sacred Heart. | All general unsecured claims of Garfield have been paid in full. |
| **General Unsecured Claims against Superior** | Holders of Allowed General Unsecured Claim against Garfield shall receive their pro rata share of Superior Liquidation Proceeds and the Superior Unsecured Creditor Carveout in an amount not to exceed $50,000. | All general unsecured claims of Superior have been paid in full. |

**Relief Requested**

6. The Trustee requests entry of a final decree closing the bankruptcy cases of Garfield and Superior. The Plan has been substantially consummated as the Trustee made substantially all the distributions required under the Plan. The only remaining duties relating to the estates of Garfield and Superior consist of making the remaining distribution to the IRS in accordance with the Plan. Based on the foregoing, the Trustee submits that entry of a final decree is warranted.

7. Section 350(a) of the Bankruptcy Code provides that "[a]fter an estate is fully administered and the court has discharged the trustee, the court shall close the case." 11 U.S.C. § 350(a). Likewise, Fed. R. Bankr. P. 3022 provides that "[a]fter an estate is fully administered in a chapter 11 reorganization case, the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case." Fed. R. Bankr. P. 3022.

8. The term "fully administered" is not defined in the Bankruptcy Code, but it is clear that the entry of a final decree closing a chapter 11 case should not be delayed just because all of the payments required by a plan have not been completed. *See In re Mold Makers, Inc*., 124 B.R. 766, 768 (Bankr. N.D. Ill. 1990); *In re Jordan Manufacturing Co., Inc.,* 138 B.R. 30, 36 (Bankr. C.D. Ill. 1992).

9. Furthermore, this Court has employed the following factors when determining whether a chapter 11 case has been fully administered: (1) whether the order confirming the plan has become final; (2) whether deposits required by the Plan have been distributed; (3) whether the property proposed by the plan to be transferred has been transferred; (4) whether the debtor or the successor of the debtor under the plan has assumed the business or the management of the property dealt with by the plan; (5) whether payments under the plan have commenced; and (6) whether all motions, contested matters and adversary proceedings have been finally resolved. *Mold Makers*, 124 B.R. at 768.

10. In this case, the Confirmation Order is final and the Trustee has assumed management and control over the assets of Garfield and Superior. FirstMerit has received its distribution, and the Trustee has made substantially all distributions required to be made under the Plan with respect to Garfield and Superior's creditors. There are no deposits to be distributed, and there are no motions, contested matters, or adversary proceedings to resolve pertaining to Garfield's or Superior's estates. Accordingly, entry of a final decree in those cases is appropriate.

**Notice**

11. As required by Fed. R. Bankr. P. 3022 and Local Rule 3022-1, the Trustee has served this Motion on the Office of the United States Trustee, the CM/ECF service list and all known creditors.

WHEREFORE, the Trustee requests that this Court enter a final decree in the Garfield and Superior cases.

Dated: September 16, 2015

Respectfully submitted,

Richard M. Fogel, Liquidating Trustee for the Liquidation Trust of West Side Community Hospital, Inc., Garfield Kidney Center, LLC and Superior Home Heath, LLC

By: /s/ *David R. Doyle*
    One of his attorneys

David R. Doyle (#6303215)
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60654
312-980-3864
ddoyle@shawfishman.com

*Counsel to the Trustee*