# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) Case No. 13-27091 |
| WEST SIDE COMMUNITY HOSPITAL | ) Jointly Administered |
| INC., ET AL.,[1] | ) |
| Debtors. | ) Honorable Deborah L. Thorne |
| | ) |

## AMENDED NOTICE OF MOTION

PLEASE TAKE NOTICE that on **December 18, 2018 at 10:00 a.m**., or as soon thereafter as counsel may be heard, we will appear before the Honorable Deborah L. Thorne, or any judge sitting in her stead, in Room 613 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present the **Motion of Liquidating Trustee for Entry of Final Decree**, a copy of which is hereby served upon you.

        Respectfully submitted,

        Richard M. Fogel, Liquidating Trustee for the Liquidation Trust of West Side Community Hospital, Inc., Garfield Kidney Center, and Superior Home Health, LLC

Dated: December 7, 2018      By /s/ *Allen J. Guon*
                                                                One of his attorneys

Allen J. Guon (#6244526)
Fox Rothschild LLP
321 North Clark Street, Suite 800
Chicago, Illinois 60654
Phone: (312) 541-01451

*Counsel to the Liquidating Trustee*

---

[1] The Debtors consist of West Side Community Hospital Inc., Garfield Kidney Center, LLC and Superior Home Health, L.L.C.

250078\00001\80971554.v1

  I, Allen J. Guon, an attorney, certifies that he caused to be served a true copy of the above and foregoing notice and attached pleading upon the attached list by the Bankruptcy Court's ECF notification system, unless otherwise indicated, on December 7, 2018.

                 */s/ Allen J. Guon*

# Mailing Information for Case 13-27091

### Electronic Mail Notice List

- Steven P Lammers slammers@salawus.com, rjones@salawus.com
- William J. Barrett william.barrett@bfkn.com, mark.mackowiak@bfkn.com;gregory.demo@bfkn.com;ecf-6ec602372536@ecf.pacerpro.com;william-barrett-bfkn-3622@ecf.pacerpro.com
- Mark W. Bina mark.bina@quarles.com
- Paul Catanese pcatanese@mcguirewoods.com, docket@mcguirewoods.com
- David E Cohen dcohen@fishercohen.com
- Joseph R Curcio info@curcio-law.com, kmillan@curcio-law.com
- David R Doyle ddoyle@foxrothschild.com, kjanecki@foxrothschild.com
- Travis J Eliason teliason@kdlegal.com
- Earle Erman eerman@ermanteicher.com, druhlandt@ermanteicher.com
- Robert M Fishman rfishman@foxrothschild.com, kjanecki@foxrothschild.com
- Richard M. Fogel rfogel@foxrothschild.com
- Jonathan P Friedland jfriedland@sfgh.com, bkdocket@sfgh.com
- Karen R Goodman kgoodman@taftlaw.com, nbeagan@taftlaw.com
- Emily S. Gottlieb emily_gottlieb@gardencitygroup.com, paul.kinealy@gardencitygroup.com;PACERTeam@gardencitygroup.com
- Nicholas A Gowen ngowen@burkelaw.com, mjohnson@burkelaw.com
- Allen J Guon aguon@foxrothschild.com, plove@foxrothschild.com;chdocket@foxrothschild.com
- John W Guzzardo jguzzardo@hmblaw.com, ecfnotices@hmblaw.com
- Edward J. Halper ehalper@shefskylaw.com, sfdocket@shefskylaw.com
- Allison Hudson ahudson@vedderprice.com, ecfdocket@vedderprice.com
- Michael Kelly michael.kelly@usdoj.gov, MRavelo@usa.doj.gov
- Amy Knapp aknapp@smbtrials.com
- Patrick S Layng USTPRegion11.ES.ECF@usdoj.gov
- Caren A Lederer calederer@golanchristie.com, mperez@gct.law,stasciotti@gct.law,tstephenson@gct.law,aleon@gct.law
- Tyler Steven Mertes tyler.mertes@clydeco.us, cynthia.duran@clydeco.us
- W. Erin Morris-Campbell wmorris@morriscampbell.com, wmorris@threesixtylegal.com
- C Daniel Motsinger cmotsinger@kdlegal.com, crbpgpleadings@kdlegal.com;shammersley@kdlegal.com
- Joel R Nathan joel.nathan@usdoj.gov, paula.gabriel@usdoj.gov,marina.ravelo@usdoj.gov,carol.bithos@usdoj.gov,ecf1.ausa@usdoj.gov,patrick.johnson2@usdoj.gov

- Yasamin N Oloomi    yoloomi@perkinscoie.com, docketchi@perkinscoie.com;yasamin-oloomi-perkins-coie-6149@ecf.pacerpro.com
- Eric C Onyango    eriquelaw@gmail.com
- Kathryn E. Perkins    KPerkins@klehr.com
- Jack A Raisner    jar@outtengolden.com, jxh@outtengolden.com;kdeleon@outtengolden.com;kcarter@outtengolden.com
- Marc S Reiser    mreiser@shawfishman.com, mlites@shawfishman.com
- Kimberly J Robinson    kim.robinson@bfkn.com
- Rene S Roupinian    rsr@outtengolden.com, jxh@outtengolden.com;kdeleon@outtengolden.com;kcarter@outtengolden.com;jquinonez@outtengolden.com;bkouroupas@outtengolden.com
- Jessica M Scheller    jscheller@atg.state.il.us
- Bradley K Staubus    bks@eslaw500.com
- Kathleen A Stetsko    kstetsko@perkinscoie.com, docketchi@perkinscoie.com
- Hans U. Stucki    hstucki@ebglaw.com
- Martin D. Tasch    mtasch@momkus.com, cbednarski@momkus.com
- Steven L Venit    vmattk@aol.com
- Lori S Yokoyama    ly@lscyattorneys.com
- Daniel A Zazove    dzazove@perkinscoie.com, docketchi@perkinscoie.com;daniel-zazove-4464@ecf.pacerpro.com;jessica-matamoros-0866@ecf.pacerpro.com
- Pingping Zhang    pingping.zhang@usdoj.gov

250078\00001\80971554.v1