# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | Case No. 13-27091 |
| WEST SIDE COMMUNITY HOSPITAL | ) | Jointly Administered |
| INC., *et al.*,[1] | ) | Honorable Deborah L. Thorne |
| | ) | Hearing Date:   December 18, 2018 |
| Debtors. | ) | Hearing Time:   10:00 a.m. |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

Allen J. Guon certifies that he caused to be served a true and correct copy of **Motion Of Liquidating Trustee For Entry Of Final Decree [Dkt 734]** upon the attached Service List via U.S. Mail, first class, postage pre-paid on December 7, 2018.

/s/ Allen J. Guon

Allen J. Guon (#6244526)
Fox Rothschild LLP
321 North Clark Street, Suite 800
Chicago, Illinois 60654
Tel: (312) 541-0151
aguon@foxrothschild.com

*Counsel to the Liquidating Trustee*

---

[1] The Debtors consist of West Side Community Hospital Inc., Garfield Kidney Center, LLC and Superior Home Health, L.L.C.

## SERVICE LIST

Integrated Medical Systems Inc.
12600 S. Holiday Dr.
Alsip, IL 60803

CDW LLC
Attn: Vida Krug
200 N. Milwaukee Ave.
Vernon Hills, IL 60061

Gordon Food Service
c/o Arvon Funding LLC
PO Box 1434
Grand Rapids, MI 49501

Triad Isotopes Inc.
4205 Vineland Rd. Ste. L1
Orlando FL, 32811

Otis Elevator Company et al
Attn: Treasury Services-Credit/Collections
1 Farm Springs 1st Fl.
Farmington, CT 06032

Hill-Rom Company Inc.
1069 State Route
Batesville, IN 47006

Hospira Worldwide Inc.
c/o Kohner Mann & Kailas SC
4650 N. Port Washington Rd. 2nd Fl. North
Milwaukee ,WI 53212-1059

Maxim Healthcare Services Inc.
dba Maxim Staffing
c/o Stinson Morrison Hecker; Attn: D. Clark
1775 Pennsylvania Ave. NW Ste. 800
Washington, DC 20006

City of Chicago Dept. of Finance/Bureau of
Water Billing Noticing & Cust. Service
333 S. State St. Ste. 330
Chicago, IL 60604

Abbot Laboratories Inc.
c/o Kohner Mann & Kailas SC
4650 N. Port Washington Rd., 2nd Fl N
Milwaukee, WI 53212-1059

Krieg Devault LLP
c/o Mark Bina
30 N. Lasalle St. Ste. 2800
Chicago IL, 60602

Shamrock Scientific Specialty
34 Davis Dr.
PO Box 143
Bellwood, IL 60104

Bashi Bandari
812 St. Stephens Green
Oak Brook, IL 60521

Power Com Corporation
709 Rose Road
Lake Zurich, IL 60047

RPS Imaging
1815 Washington Street
Michigan City, IN 46360

Stan A. Huber Consultants Inc.
200 North Cedar Road
New Lenox, IL 60451

Estate of Jean Johnson
c/o David Pribyl, Esq.
325 N. Milwaukee Ave Ste. 202
Libertyville, IL 60048

Cook Medical Inc.
22988 Network Place
Chicago,IL 60673

Medline Industries
Attn: Anne Kisha, Bankruptcy Analyst
One Medline Pl.
Mundelein, IL 60060

Tri-Anim Health Service Inc.
PO Box 8023
Dublin, OH 43016

Ortho Pro LLC
3939 S. Wasatch Blvd.
Salt Lake City, UT 84124-2224

Alpha Baking Company Inc.
36230 Treasury Center
Chicago, IL 60694-6200

Tetra Medical Supply Corp.
6364 W. Gross Point Rd.
Niles, IL 60714

C R Bard Inc.
c/o Hunton/Williams; Attn: R. Norton
200 Park Ave 53rd Fl.
New York, NY 10166

BSA Life Structures
9365 Counselors Row, Suite 300
Indianapolis, IN 46240

Solana Surgical LLC
1023 Cherry Rd.
Memphis, TN 38117-5423

Noemi Velgara
c/o Thomas V. Canepa
200 W. Adams St., Suite 2425
Chicago, IL 60606

United Radio Communications
9200 South Oketo Avenue
Bridgeview, IL 60455

Cardinal Health 200 LLC
Attn: Debra Willet
7000 Cardinal Pl.
Dublin, OH 43017

Marketing Solutions Advantage
17116 Tapper Street
Suite 700/ South Building
Lowell, IN 46356

Covidien
15 Hampshire St.
Mansfield, MA 02048

Biotech Systems Ltd.
c/o Rajiva Nandan
1405 Estate Lane
Glenview, IL 60025

Dr. James Caruso
2408 Shaker Court
Naperville, IL 60564

Jasculca Terman and Associates, Inc.
730 North Franklin Street, Suite 510
Chicago, IL 60654-7221

Olympus Corporation of the Americas
Credit Risk Management Department-MSG
3500 Corporate Parkway
Center Valley, PA 18034

Arizant Healthcare Inc.
Attn: Alan Brown, Special Counsel
3M Center 220-9E-02
St. Paul, MN 55144

Dynamex Inc.
5429 LBJ Frwy #1000
Dallas, TX 75240

GE Healthcare Systems
c/o Dehaan & Bach;
Attn: MB Bach Auth. Agent
25 Whitney Drive, Suite 106
Milford, OH 45150

Alfred Sneed
c/o Michael A. Humer
10 S. LaSalle Street, Suite 2424
Chicago, IL 60603

3

Christine Nwaebibe
1325 Evergreen
Des Plaines, IL 60016

AIS International
1413 Tonne Rd.
Elk Grove Village, IL 60007

Victoria Pollards
c/o David G. Pribyl PC
325 N. Milwaukee Ave., Ste. 201
Libertyville, IL 60048

Artec Environmental Monitoring
8047 Castleton Rd.
Indianapolis, IN 46250

Elite Staffing Inc.
Corporate Office
1400 W. Hubbard St., Ste. 200
Chicago, IL 60642

Mercy Hospital & Medical Center
Attn: Finance Department, Room B500
2525 S. Michigan Avenue
Chicago, IL 60616

Avelinda Mulingbayan
5232 Brummel St.
Skokie, IL 60077

Airgas USA LLC
6055 Rockside Woods Blvd.
Independence, OH 44131

Cassidy Schade LLP
Attn: Account Dept.
20 N. Wacker Dr., Ste 1040
Chicago, IL 60606

Pitney Bowes
Global Financial Services LLP
c/o Pitney Bowes Inc.
Attn: Recovery Group
27 Waterview Dr.
Shelton, CT 06484-4361

AT&T Global Services Inc.
c/o AT&T Services Inc.
Attn: Karen A. Cavagnaro, Lead Paralegal
One AT&T Way Room 3A104
Bedminster, NJ 07921

Antoinette Hayes, IND.
Administrator of Earl Nattee
c/o Patricia Smith
222 N. Columbus D., Suite 2010
Chicago, IL 60601

Lebow & Malecki Consulting Inc.
Attn: Martin Tasch
1001 Warrenville Rd., Ste. 500
Lisle, IL 60532-4306

Siemens Healthcare Diagnostics
Attn: Carolyn Miller
500 GBC Drive Mailstop 802
Newark, DE 19702

Kranz Inc.
2200 Dekoven Ave.
Racine, WI 53403

Sherina Sisson
Independent Admin-Estate of Ethel
c/o The Law Offices of Michael Gravlin
134 N. LaSalle St., Ste. 2020
Chicago, IL 60602

W.W. Grainger Inc.
Attn: Special Collections Dept.
14441 Route 60
Lake Forest. IL 60045

Piramal Critical Care Inc.
PO Box 21170
Lehigh Valley, PA 18002-1170

Marty T. Byrnes
34 Abbey Springs Dr.
Fontana, WI 53121

A Plus Plus Therapy LLC
205 W. Randolph, Suite 820
Chicago, IL 60606

Fisher Scientific Co. LLC
Attn: Gary Barnes
300 Industry Dr.
Pittsburg, PA 15275

Stryker Medical
A Division of Stryker Corporation
c/o Lori Purkey
5050 Cascade Rd., SE, Ste 1
Grand Rapids, MI 49546-3707

Siemens Water Technologies LLC
10 Technology Dr.
Lowell, MA 01851

McMaster-Carr Supply Company
PO Box 4355
Chicago, IL 60680

CenterPoint Energy Services Inc.
1111 Louisiana CNPT 2045C
Houston, TX 77002

Therapists on Demand Inc.
525 S. 4th St., Ste. 254
Philadelphia, PA 19147-1573

Lewis Paper International Inc.
c/o Bates & Associates Inc.
PO Box 465100
Aurora, CO 80046

Altura Communications Solutions LLC
Attn: Linda Pittman
1335 S. Acacia Ave.
Fullerton, CA 92831

Wright Medical Technology
Attn: Legal Dept.
5677 Airline Rd.
Arlington, TN 38002

Quality Filter Services Inc.
PO Box 1765
North Riverside, IL 60546

QBF Graphics Group
18650 Graphics Court
Tinley Park, IL 60477

Precision Dynamics Corporation
4193 Solutions Center
Lockbox No 774193
Chicago, IL 60677

Prc
Prof Research Consultants Inc.
11326 P Street
Omaha, NB 68137

Poster Compliance Center
3687 Mt. Diablo Blvd.
Suite B100
Lafayette, CA 94549

Physician Support System
Joanne Smith / Accounting Manager
15 Eby Chiques Road
Mount Joy, PA 17552

Personnel Planners Inc.
913 W. Van Buren, N-3A
Chicago, IL 60607

Peoples Gas
200 E. Randolph Street
Accts Ending #4355 and 7450
Chicago, IL 60601

5

Patten Industries, Inc.
635 W. Lake Street
Elmhurst, IL 60126

Pathology Assoc of Chicago
c/o Healthcare Business Consultants
1200 Harger Road, Suite 408
Oakbrook, IL 60523

Osvaldo P. Valdes
3408 W. Evergreen
Chicago, IL 60651

Organogenesis Inc.
85 Dan Road
Canton, MA 02021

Omnicell Inc.
3661 Burwood Drive
Waukegan, IL 60085

Ohio Medical Corp.
6690 Eagle Way
Chicago, IL 60678

Office Max Inc.
75 Remmitance Drive
Suite 2698
Chicago, IL 60675

Novartis Vaccines
350 Massachusetts Avenue
Cambridge, MA 02139

Novamed Incorporated
8136 N. Lawndale Avenue
Skokie, IL 60076

Nihon Kohden America Inc.
6017 Solutions Center
Lockbox 776017
Chicago, IL 60677-6000

Nelida Scilabra
6334 N. Central Park
Chicago, IL 60659

Nebo Systems Inc.
PO Box 636078
Cincinnati, OH 45263

Multiut Corporation
7514 N. Skokie Boulevard
Skokie, IL 60077-3342

Mindray DS USA Inc.
24312 Network Place
Chicago, IL 60673

Merry X-Ray/SourceOne
Healthcare Inc.
PO Box 8004
Mentor, OH 44061

Medtox Laboratories
PO Box 1450
NW 8939
Minneapolis, MN 55485-8939

Medivators
N.W. 9841
PO 1450
Minneapolis, MN 55485

Medi Dose Inc.
Lock Box 238
Jamison, PA 18929

Med-Pat Inc. and Inn-Phone
31 Riordan Place
Shrewsbury, NJ

Med-Count Inc.
1400 Renaissance Drive
Ste 210
Park Ridge, IL 60068-1335

Major Appliance Service
4330 Prescott Avenue
Lyons, IL 60534

6

Magnaserv Enterprises Inc.
6209 Gheens Mill Road
Jeffersonville,. IN 47130-9214

Mac Medical Supply Co., Inc.
211 N. Clinton
Suite 2
Chicago, IL 60661

M3 Financial Services Inc.
10330 W. Roosevelt Rd. #200
Westchester, IL 60154

M & P Vending Co. Inc.
4440 N. Elston Avenue
Chicago, IL 60630

Locum Tenems Com
PO Box 405547
Atlanta, GA 30384

Lifestorage of Humboldt Park
4014 W. Grand Avenue
Chicago, IL 60651

Lifesource Blood Services
1523 W. Fullterton Avenue
Chicago, IL 60614

Landauer Inc.
PO Box 809051
Chicago, IL 60680-9051

Kimberly-Clark
PO Box 88125
Chicago, IL 60695-0002

Kemps Dairy
PO Box 1450
NW 5011
Minneapolis, MN 55485-5011

Johnstone Supply
6153 W. Mulford Street
Unit A
Niles, IL 60714

John G. Sotos & Associates LLC
1019 W. Wise Road
Suite 101
Schaumburg, IL 60193

Joanna Szwajnos
1611 W. Harrison
Suite 55
Chicago, IL 60612

J & J Health Care System
5972 Collections Center Drive
Chicago, IL 60693

ITXM Clinical Services
Five Parkway Center
875 Greentree Road
Pittsburgh, PA 15220

Ismie Mutual Insurance Co.
PO Box 71298
Chicago, IL 60694

Integra Pain Management
PO Box 100416
Atlanta, GA 30384-0416

Inlander Brothers Inc.
2021 N. Laramie
Chicago, IL 60639-3133

Ice Mountain Spring Water
PO Box 856680
Louisville, KY 40285

Hudson Energy
4 Executive Blvd. Suite 301
Suffern, NY 10901

Hubert Fernandez, M.D.
7916 W. Lake Street
River Forest, IL 60305

HOH Water Technology Inc.
PO Box 487
Palatine, IL 60078

7

Health Care Logistics Inc.
PO Box 400
Circleville, OH 43113

HD Supply Facilities Maint Ltd.
PO Box 509058
San Diego, CA 92150-9058

Getinge USA Inc.
1265 Solutions Center
Chicago, IL 60677

GE Healthcare
PO Box 96483
Chicago, IL 60693

GE Healthcare
PO Box 640200
Pittsburgh, PA 15264

Gammex, Inc.
7600 Discovery Drive
Middleton, WI 53562

Gabriel Lopez
3108 W. Irving Park Road
Chicago, IL 60618

Fuji Film Medical Sys USA, Inc.
PO Box 347689
Pittsburgh, PA 15251

Fuelman Fleetcorp
PO Box 195979
Atlanta, CA 30348-5080

FPIC (The Doctors Company)
PO Box 4220
East Lansing, MI 48826-4220

Fitzsimmons Hospital Svcs
PO Box 497
Oak Forest, IL 60452

Federal Express Corp.
PO Box 94515
Palatine, IL 60094-4515

Exactech
2320 NW 66th Court
Gainesville, FL 32653

Enviro Analysis Inc.
4815 E. Carefree Highway
Suite 108-469
Cave Creek, AZ 85331

Empire Cooler Service Inc.
940 W. Chicago Avenue
Chicago, IL 60642-5494

Edwards Lifesciences
23146 Network Place
Chicago, IL 60673-1231

Ecolab Inc.
Pest Elimination Services
1 Ecolab Place
St. Paul, MN 55102

Direct TV
PO Box 105249
Atlanta, GA 30348-5249

Depuy Orthopedics Inc.
5972 Collections Center Drive
Chicago, IL 60693

David P. Calimag, M.D.
1600 Dempster St., Ste LL3
Park Ridge, IL 60068

Cozzini Bros., Inc.
350 Howard Avenue
Des Plaines, IL 60018

Compression Therapy Concepts
555 Industrial Way West
Eatontown, NJ 07724

CLIA Laboratory Program
PO Box 530882
Atlanta, GA 30353-0882

Classic X-Ray Ltd.
1945 S. Wright Blvd.
Schaumburg, IL 60193

CJ Erickson Plumbing Company
4141 W. 124th Place
Alsip, IL 60803

Certified Languages Int'l
4724 SW Macadam – Suite 100
Portland, OR 97239

Centurion Medical Products
PO Box 842816
Boston, MA 02284-2816

Carstens Health Industries Inc.
PO Box 99110
Chicago, IL 60693

Capintec Inc.
7 Vreeland Road
Florham Park, NJ 07932

Bracco Diagnostics Inc.
PO Box 532411
Charlotte, NC 28290-2411

Boston Scientific Corp.
PO Box 8500-6205
Philadelphia, PA 19178

Body Mind Spirit Fitness
6223 West Roscoe Streert
Chicago, IL 60634

Biotronik Inc.
6024 Jean Road
Lake Oswego, OR 97035

BioConnect
Division of RF Industriies
7610 Miramar Rd.
San Diego, CA 92126

Bemes, Inc.
800 Sunpark Drive
Senton, MO 63026

Baxter Healthcare Corp.
PO Box 70564
Chicago, IL 60673

B. Braun Interventional Inc.
824 Twelfth Avenue
Bethlehem, PA 18018-3524

Atenea Robles
2327 N. Sacramento Avenue
Chicago, IL 60647

AT&T
PO Box 5080
Carol Stream, IL 60197

Angelo Stamos, DMD
4020 W. Armitage
Chicago, IL 60639-3739

Anderson Pest Control
PO Box 600670
Jacksonville, FL 32260-0760

Amtrust North America, Inc.
Technology Insurance Company
PO Box 318004
Cleveland, OH 44131-2550

AMO
75 Remittance Drive
Suite #1437
Chicago, IL 60675-1437

Amina Gassam
900 W. Magate Terrace, #1C
Chicago, IL 60640

9

Amerisource
Bergen Corporate Office
1300 Morris Drive
Chesterbrook, PA 19087

American Messaging
Wireless Messaging Service
PO Box 5749
Carol Stream, IL 60197

American General Life
PO Box 0807
Carol Stream, IL 60132

American Express
P.O. Box 0001
Los Angeles, CA 90096

Allscripts
24630 Network Place
Chicago, IL 60673

Alfonso Bardales, M.D.
2740 Coconut Bay Lane – Unit 3M
Sarasota, FL 34237-3055

Aisha M. Jaleel, M.D.
1854 River Ridge Circle
Naperville, IL 60565

Siemens Healthcare Diagnostics, Inc.
c/o Gregory J. Hauck
40 Liuberty Blvd., Mail Code 40-3L
Malvern, PA 19355

American Express Centurion Bank
c/o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Jangsoo Kim, M.D.
FDBA Northwest Anethesiologist SC
1818 Port Abbey Place
Newport Beach, CA 92660

Strycker Medical
Division of Stryker Corporation
c/o Lori Purkey
5050 Cascade Rd. SE, Ste 1
Grand Rapids, MI 49546-3707

Trimed
PO BOX 55189
Valencia, CA 91385-0189

Thomas Medical
6102 Victory Way
Indianapolis, IN 46278-2934

Tao Systems Inc.
2808 Forest Creek Lane
Naperville, IL 60565-3567

Synthes (USA)
PO BOX 8538-662
Philadelphia, PA 19171

Synergy Coverage Solutions
217 S Tryon Street
Charlotte, NC 28202

Suria Solutions Inc.
PO Box 526
Lake Bluff, IL 60044

Surgical Specialties Corp.
PO BOX 82344
Philadelphia, PA 19128

Suburan Door Check & Lock
415 W Ogden Avenue
Westmont, IL 60559

Streck Laboratories Inc.
PO Box 45625
Omaha, NE 68145

Stericycle Inc.
PO BOX 6575
Carol Stream, IL 60197-6575

10

St. Mary Of Nazareth Hospital
PO BOX 220292
Chicago, IL 60622

Spiros Stamelos M.D.
1734 W. Algonquin Road
Arlington Heights, IL 60005

Spiracur
1180 Bordeaux Drive
Sunnyville, CA 94089

Smith & Nephew Inc.
PO BOX 60333
Charlotte, NC 28260

Skytron
Corporate Office
5085 Corporate Exchange Boulevard
Grand Rapids, MI 49512

Simplex/Grinnell LP
91 N Mitchell Court
Addison, IL 60101

Siemens Healthcare Diagnostics
PO BOX 121102
Dallas, TX 75312-1102

Shred-It USA
23166 Network Place
Chicago, IL 60673-1252

Scintech
Scintillation Technologies Inc.
1520 Caton Center Drive, Suite M
Baltimore, MD 21227

Sciimage
4916 El Camino Real
Los Altos, CA 94022

Ricoh USA Inc.
Recovery & Bankruptcy Group
3920 Arkwright Road Suite 400
Macon, GA 31210

Ricoh Americas Corporation
PO BOX 6434
Carol Stream, IL 60197

Respironics Inc
PO BOX 405740
Atlanta, GA 30384

Recover Care
1920 Stanley Gault Parkway
Suite 100
Louisville, KY 40223

Ream Qato
8626 Hotchkiss Drive
Frankfort, IL 60423

Ramon Jugueta Jr.
16 Walnut Grove Court
Lake In The Hills, IL 60153

Quest Diagnostics
Corporate Office
3 Giralda Farms
Madison, NJ 07940

Jangsoo Kim, MD
FDBA Northwest Anesthesiologist SC
1818 Port Abbey Place
Newport Beach, CA 92660

Vanessa Nelson
PO BOX 2843
Chicago, IL 60690

Cassiday Schade LLP
Attn: Accounting
22 West Adams Street
Suite 2900
Chicago, IL 60606

11