UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>WEST SIDE COMMUNITY HOSPITAL INC., ET AL.,<br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   13-27091<br>(Jointly Administered)<br>Chapter: 11<br>Honorable Deborah L. Thorne |

# FINAL DECREE

Upon consideration of the motion of Richard M. Fogel, the liquidating trustee (the "Trustee") for the Liquidation Trust of West Side Community Hospital, Inc., Garfield Kidney Center, LLC and Superior Home Health, L.L.C., for entry of a final decree in the bankruptcy case of West Side Community Hospital, Inc. d/b/a Sacred Heart (the "Motion"); it appearing that there is good cause to grant the relief requested; and there being no objection to such relief;

IT IS HEREBY ORDERED.

1. The Motion is granted.

2. A final decree is hereby entered in the bankruptcy case of West Side Community Hospital, Inc. d/b/a Sacred Heart, Case No. 13-27091, pending in the United States Bankruptcy Court for the Northern District of Illinois ("Bankruptcy Case").

3. The Bankruptcy Case is closed.

Enter: *[signature]*

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:  December 18, 2018

**Prepared by:**

Allen J. Guon
Fox Rothschild LLP
321 N. Clark Street, Suite 800
Chicago, Illinois 60654
(312) 276-1333  telephone
aguon@foxrothschild.com