IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: SACRED HEART HOSPITAL                        CASE NO: 13-27091

SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

FOR THE PERIOD OCTOBER 1, 2018 - DECEMBER 31, 2018

| | |
|---|---:|
| **BEGINNING BALANCE IN:** | |
| Account # 5013496666 | $19,750.71 |
| Account #5013496667 | $5,317.42 |
| Sacred Heart Hospital Operating Account | $0.00 |
| Account #5013496668 | $0.00 |
| **BEGINNING BALANCE IN ALL ACCOUNTS** | **$25,068.13** |
| | |
| **RECEIPTS:** | |
| Account # 5013496666 | $35,692.03 |
| Account #5013496667 | $0.00 |
| Sacred Heart Hospital Operating Account | $0.00 |
| Account #5013496668 | $0.00 |
| TOTAL RECEIPTS | $35,692.03 |
| less interbank transfers | $35,692.03 |
| **TOTAL RECEIPTS EXCLUSIVE OF INTERBANK TRANSFERS** | **$0.00** |
| | |
| **DISBURSEMENTS:** | |
| | |
| **Netpayroll** | |
| a. Officers | |
| b. Others | $0.00 |
| | |
| **Taxes - see detail attached** | |
| a. Federal Income Taxes | $0.00 |
| b. FICA withholdings | $0.00 |
| c. Employee's withholdings | $0.00 |
| d. Employer's FICA | $0.00 |
| e. Federal Unemployment Taxes | $0.00 |
| f. State Income Tax | $0.00 |
| g. Payroll tax | $0.00 |
| Total all taxes | $0.00 |
| | |
| Necessary expenses: | |
| a. Bank fees | $0.00 |
| b. Quarterly trustee fees | $5,225.00 |
| c. D&O Insurance | $0.00 |
| d. Claims | $10,866.80 |
| e. Chapter 11 costs - contractor compensation | $0.00 |
| f. Legal and accounting fees | $30,709.93 |
| | |
| TOTAL DISBURSEMENTS FROM #5013496666 | $35,934.93 |
| TOTAL DISBURSEMENTS FROM #5013496667 | $35,692.03 |
| TOTAL DISBURSEMENTS FROM SACRED HEART OPERATING | $0.00 |
| TOTAL DISBURSEMENTS FROM #5013496668 | $0.00 |
| TOTAL DISBURSEMENTS | $71,626.96 |
| less interbank transfers | $35,692.03 |
| **TOTAL DISBUSEMENTS EXCLUSIVE OF INTERBANK TRANSFERS** | **$35,934.93** |
| | |
| **NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD** | **($35,934.93)** |
| | |
| Ending Balance in account no.5013496666 | $19,507.81 |
| Ending Balance in account no.5013496667 | $0.00 |
| Ending Balance in Sacred Heart Operating | $0.00 |
| Ending Balance in account no.5013496668 | $0.00 |
| | |
| ENDING BALANCE IN ALL ACOUNTS | $19,507.81 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: SACRED HEART HOSPITAL          CASE NO.: 13-27091

RECEIPTS LISTING

FOR THE PERIOD OCTOBER 1, 2018 - DECEMBER 31, 2018

Bank:           Rabobank, N.A.
Location:       Thousand Oaks, CA
Account Name    Checking Account
Account Number: 5013496666

| Date Received | Description | Amount |
|---|---|---|
| 11/14/18 | Received from #6667 | $10,487.49 |
| 12/18/18 | Received from #6667 | $25,204.54 |

| | | |
|---|---|---|
| | Total Receipts | $35,692.03 |
| | Less Interbank transfers | $35,692.03 |
| **TOTAL RECEIPTS EXCLUSIVE OF INTERBANK TRANSFERS** | | **$0.00** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME:  SACRED HEART HOSPITAL                               CASE NO.:    13-27091

DISBURSEMENT LISTING

FOR THE PERIOD OCTOBER 1, 2018 - DECEMBER 31, 2018

Bank:                  Rabobank, N.A.

Location:              Thousand Oaks, CA

Account Name           Checking Account

Account Number:        5013496666

| Date Disbursed | Check No. | Description | Amount |
|---|---|---|---|
| | | SEE ATTACHED | |
| | | Total disbursements | $35,934.93 |
| | | Less Interbank transfers | $0.00 |
| | | **TOTAL DISBURSEMENTS EXCLUSIVE OF INTERBANK TRANSFERS** | **$35,934.93** |

Page: 1

# Ledger Report

| Case Number: | 13-27091 EW |
| --- | --- |
| Case Name: | Jt Plan Liq. Tst for West Side Comm |
| Taxpayer ID #: | 35-7108891 |
| Period: | 10/01/18 – 12/31/18 |

| Trustee: | Richard M. Fogel (330660) |
| --- | --- |
| Bank Name: | Rabobank, N.A. |
| Account: | 5013496666 - Checking Account |
| Blanket Bond: | $3,000,000.00 (per case limit) |
| Separate Bond: | N/A |

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 10/12/18 | 206 | Fox Rothschild LLP | Fees and expenses through 9/30/18 | 6007-000 | | 3,446.05 | 16,304.66 |
| 10/18/18 | 207 | U.S. Trustee Payment Center | 9/30/ 2018 Q for case 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 | 6001-000 | | 4,875.00 | 11,429.66 |
| 11/05/18 | 208 | Ropes & Gray LLP | Partial payment of Edward Novak fees | 6007-000 | | 5,000.00 | 6,429.66 |
| 11/14/18 | | From Account #5013496667 | Transfer void dividends per Plan Section 6.6 | 9999-00 | 10,487.49 | | 16,917.15 |
| 11/19/18 | 209 | Fox Rothschild LLP | Fees and expenses through 10/31/18 | 6007-000 | | 1,576.94 | 15,340.21 |
| 11/19/18 | 210 | Ropes & Gray LLP | Partial payment of Edward Novak fees | 6007-000 | | 5,000.00 | 10,340.21 |
| 12/13/18 | 211 | Ropes & Gray LLP | Final payment of Edward Novak fees | 6007-000 | | 5,000.00 | 5,340.21 |
| 12/17/18 | 212 | U.S. Trustee Payment Center | 12/30/ 2018 Q for case 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 | 6001-000 | | 650.00 | 4,690.21 |
| 12/18/18 | | From Account #5013496667 | Transfer stale dividends per Plan section 6.6 | 9999-00 | 25,204.54 | | 29,894.75 |
| 12/20/18 | 213 | Shaw Fishman Glantz & Towbin LLC | Deferred fees for Bentley litigation through 10/2/18 | 6007-000 | | 10,000.00 | 19,894.75 |
| 12/20/18 | 214 | Fox Rothschild LLP | Fees and expenses through 11/30/18 | 6007-000 | | 386.94 | 19,507.81 |
| | | | | | 2,331,095.89 | 2,311,588.08 | $19,507.81 |

TOTAL - ACCOUNT 5013496666

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| | Balance Forward | 19,750.71 | | | |
| 0 | Deposits | 0.00 | 9 | Checks | 35,934.93 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | Subtotal | $19,750.71 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | | Total | $35,934.93 |
| 2 | Transfers In | 35,692.03 | | | |
| | Total | $55,442.74 | | | |

ACCOUNT TOTALS

{} Asset reference(s)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: SACRED HEART HOSPITAL            CASE NO.:   13-27091

RECEIPTS LISTING

FOR THE PERIOD OCTOBER 1, 2018 - DECEMBER 31, 2018

| | |
|---|---|
| Bank: | Rabobank, N.A. |
| Location: | Thousand Oaks, CA |
| Account Name | General Unsecured Dividend Account |
| Account Number: | 5013496667 |

| Date Received | Description | Amount |
|---|---|---|
| 10/17/18 | See attached - Returned/stop payment dividend checks | |

| | |
|---|---|
| Total Receipts | $30,374.61 |
| Less Interbank transfers | $30,374.61 |
| **TOTAL RECEIPTS EXCLUSIVE OF INTERBANK TRANSFERS** | $0.00 |

OPERATING REPORT PAGE 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME:  SACRED HEART HOSPITAL               CASE NO.:   13-27091

<u>DISBURSEMENT LISTING</u>

FOR THE PERIOD OCTOBER 1, 2018 - DECEMBER 31, 2018

| | |
|---|---|
| Bank: | Rabobank, N.A. |
| Location: | Thousand Oaks, CA |
| Account Name | General Unsecured Dividend Account |
| Account Number: | 5013496667 |

| Date Disbursed | Check No. | Description | Amount |
|---|---|---|---|
| | | SEE ATTACHED | |

| | | |
|---|---|---|
| | Total disbursements | $35,692.03 |
| | Less Interbank transfers | $35,692.03 |
| **TOTAL DISBURSEMENTS EXCLUSIVE OF INTERBANK TRANSFERS** | | $0.00 |

# Ledger Report

| | |
|---|---|
| Case Number: | 13-27091 EW |
| Case Name: | Jt Plan Liq. Tst for West Side Comm |
| Taxpayer ID #: | 35-7108891 |
| Period: | 10/01/18 - 12/31/18 |

| | |
|---|---|
| Trustee: | Richard M. Fogel (330660) |
| Bank Name: | Rabobank, N.A. |
| Account: | 5013496667 - Checking Account- GUC div |
| Blanket Bond: | $3,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/01/18 | 578 | JANGSOO KIM, MD | Dividend paid 40.49% on $18,633.08; Claim# 196; Filed: $6,198.08 (replacement) | 2400-000 | | 5,317.42 | 0.00 |
| 10/17/18 | {1} | CITI DELAWARE | Credit for #571- American General Life (claimant refused dividend) | 4007-000 | 217.48 | | 217.48 |
| 11/05/18 | 413 | STRYKER MEDICAL, A DIVISON OF STRYKER CORPORATION | Dividend paid 40.49% on $8,661.84; Claim# 176; Filed: $8,661.84; Reference: Stopped: check issued on 09/12/18 | 2400-000 | | -2,474.09 | 2,691.57 |
| 11/05/18 | 414 | STRYKER INSTRUMENTS, A DIVISION OF STRYKER CORP | Dividend paid 40.49% on $6,954.04; Claim# 177; Filed: $6,954.04; Reference: Stopped: check issued on 09/12/18 | 2400-000 | | -1,986.29 | 4,677.86 |
| 11/08/18 | 579 | STRYKER MEDICAL, A DIVISON OF STRYKER CORPORATION | Dividend paid 40.49% on $8,661.84; Claim# 176; Filed: $8,661.84; REPLACE #413 | 2400-000 | | 2,474.09 | 2,203.77 |
| 11/08/18 | 580 | STRYKER INSTRUMENTS, A DIVISION OF STRYKER CORP | Dividend paid 40.49% on $6,954.04; Claim# 177; Filed: $6,954.04; REPLACE #414 | 2400-000 | | 1,986.29 | 217.48 |
| 11/14/18 | | To Account #5013496666 | Transfer void dividends per Plan Section 6.6 | 9999-00 | | 10,487.49 | -10,270.01 |
| 11/14/18 | 418 | THERAPISTS ON DEMAND INC | Dividend paid 40.49% on $12,244.25; Claim# 186; Filed: $12,244.25; Reference: Voided: check issued on 09/12/18 | 2400-000 | | -3,497.34 | -6,772.67 |
| 11/14/18 | 420 | ALTURA COMMUNICATION SOLUTIONS LLC | Dividend paid 40.49% on $5,554.70; Claim# 189; Filed: $5,554.70; Reference: Voided: check issued on 09/12/18 | 2400-000 | | -1,586.59 | -5,186.08 |
| 11/14/18 | 436 | WENDY VAN KEULEN | Dividend paid 40.49% on $273.00; Claim# 836; Filed: $0.00; Reference: Voided: check issued on 09/12/18 | 2400-000 | | -77.98 | -5,108.10 |
| 11/14/18 | 446 | SURGICAL SPECIALTIES CORP | Dividend paid 40.49% on $123.00; Claim# 858; Filed: $0.00; Reference: Voided: check issued on 09/12/18 | 2400-000 | | -35.13 | -5,072.97 |
| 11/14/18 | 452 | SPIRACUR | Dividend paid 40.49% on $2,342.47; Claim# | 2400-000 | | -669.09 | -4,403.88 |
| | | | Subtotals : | | $217.48 | $9,938.78 | |

{} Asset reference(s)

Page: 3

# Ledger Report

Case Number: 13-27091 EW
Case Name: Jt Plan Liq. Tst for West Side Comm

Taxpayer ID #: 35-7108891
Period: 10/01/18 – 12/31/18

Trustee: Richard M. Fogel (330660)
Bank Name: Rabobank, N.A.
Account: 5013496667 - Checking Account- GUC div
Blanket Bond: $3,000,000.00 (per case limit)
Separate Bond: N/A

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/14/18 | 461 | RICOH AMERICAS CORPORATION | Dividend paid 40.49% on $7,201.00; Claim# 868; Filed: $0.00; Reference: Voided: check issued on 09/12/18 | 2400-000 | | -2,056.83 | -2,347.05 |
| 11/14/18 | 469 | PRECISION DYNAMICS CORPORATION | Dividend paid 40.49% on $393.00; Claim# 887; Filed: $0.00; Reference: Voided: check issued on 09/12/18 | 2400-000 | | -112.26 | -2,234.79 |
| 11/14/18 | 488 | NEBO SYSTEMS INC | Dividend paid 40.49% on $407.00; Claim# 901; Filed: $0.00; Reference: Voided: check issued on 09/12/18 | 2400-000 | | -116.25 | -2,118.54 |
| 11/14/18 | 503 | LIFESTORAGE OF HUMBOLDT PARK | Dividend paid 40.49% on $875.00; Claim# 932; Filed: $0.00; Reference: Voided: check issued on 09/12/18 | 2400-000 | | -249.92 | -1,868.62 |
| 11/14/18 | 507 | KEMPS DAIRY | Dividend paid 40.49% on $1,922.00; Claim# 960; Filed: $0.00; Reference: Voided: check issued on 09/12/18 | 2400-000 | | -548.99 | -1,319.63 |
| 11/14/18 | 535 | ENVIRO ANALYSIS INC | Dividend paid 40.49% on $1,685.00; Claim# 968; Filed: $0.00; Reference: Voided: check issued on 09/12/18 | 2400-000 | | -481.29 | -838.34 |
| 11/14/18 | 551 | BRACCO DIAGNOSTICS INC | Dividend paid 40.49% on $2,935.03; Claim# 1022; Filed: $0.00; Reference: Voided: check issued on 09/12/18 | 2400-000 | | -838.34 | 0.00 |
| 12/12/18 | 352 | INTEGRATED MEDICAL SYSTEMS INC | Dividend paid 40.49% on $377.74; Claim# 1; Filed: $377.74; Reference: Stopped: check issued on 09/12/18 | 2400-000 | | -107.90 | 107.90 |
| 12/12/18 | 372 | ORTHO PRO LLC | Dividend paid 40.49% on $25,916.00; Claim# 41; Filed: $25,916.00; Reference: | 2400-000 | | -7,402.41 | 7,510.31 |

Subtotals : $0.00 $-11,914.19

{} Asset reference(s)

# Ledger Report

| | |
|---|---|
| Case Number: | 13-27091 EW |
| Case Name: | Jt Plan Liq. Tst for West Side Comm |
| Taxpayer ID #: | 35-7108891 |
| Period: | 10/01/18 - 12/31/18 |

| | |
|---|---|
| Trustee: | Richard M. Fogel (330660) |
| Bank Name: | Rabobank, N.A. |
| Account: | 5013496667 - Checking Account- GUC div |
| Blanket Bond: | $3,000,000.00 (per case limit) |
| Separate Bond: | N/A |

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/12/18 | 396 | MERCY HOSPITAL & MEDICAL CENTER | Dividend paid 40.49% on $12,578.00; Claim# 124; Filed: $0.00; Reference: Stopped: check issued on 09/12/18 | 2400-000 | | -3,592.66 | 11,102.97 |
| 12/12/18 | 455 | SIMPLEX/GRINNELL LP | Dividend paid 40.49% on $1,185.00; Claim# 872; Filed: $0.00; Reference: Stopped: check issued on 09/12/18 | 2400-000 | | -338.48 | 11,441.45 |
| 12/12/18 | 464 | REAM QATO | Dividend paid 40.49% on $109.00; Claim# 890; Filed: $0.00; Reference: Stopped: check issued on 09/12/18 | 2400-000 | | -31.13 | 11,472.58 |
| 12/12/18 | 470 | PRECISION DYNAMIC CORP | Dividend paid 40.49% on $392.79; Claim# 902; Filed: $0.00; Reference: Stopped: check issued on 09/12/18 | 2400-000 | | -112.19 | 11,584.77 |
| 12/12/18 | 478 | PATHOLOGY ASSOC OF CHICAGO | Dividend paid 40.49% on $6,250.00; Claim# 915; Filed: $0.00; Reference: Stopped: check issued on 09/12/18 | 2400-000 | | -2,530.46 | 14,115.23 |
| 12/12/18 | 484 | NOVARTIS VACCINES | Dividend paid 40.49% on $3,243.60; Claim# 927; Filed: $0.00; Reference: Stopped: check issued on 09/12/18 | 2400-000 | | -926.47 | 15,041.70 |
| 12/12/18 | 495 | MED-PAT INC & INN-PHONE | Dividend paid 40.49% on $759.38; Claim# 944; Filed: $0.00; Reference: Stopped: check issued on 09/12/18 | 2400-000 | | -216.90 | 15,258.60 |
| 12/12/18 | 515 | INLANDER BROTHERS INC | Dividend paid 40.49% on $3,253.00; Claim# 982; Filed: $0.00; Reference: Stopped: check issued on 09/12/18 | 2400-000 | | -929.15 | 16,187.75 |
| 12/12/18 | 517 | HUDSON ENERGY | Dividend paid 40.49% on $80.00; Claim# 988; Filed: $0.00; Reference: Stopped: check issued on 09/12/18 | 2400-000 | | -22.85 | 16,210.60 |
| | | | | Subtotals : | $0.00 | $-8,700.29 | |

{} Asset reference(s)

Page: 5

# Ledger Report

| | |
|---|---|
| Case Number: | 13-27091 EW |
| Case Name: | Jt Plan Liq. Tst for West Side Comm |
| Taxpayer ID #: | 35-7108891 |
| Period: | 10/01/18 - 12/31/18 |

| | |
|---|---|
| Trustee: | Richard M. Fogel (330660) |
| Bank Name: | Rabobank, N.A. |
| Account: | 5013496667 - Checking Account- GUC div |
| Blanket Bond: | $3,000,000.00 (per case limit) |
| Separate Bond: | N/A |

| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | Ledger Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/12/18 | 518 | HUDSON ENERGY | Dividend paid 40.49% on $215.00; Claim# 989; Filed: $0.00; Reference: Stopped: check issued on 09/12/18 | 2400-000 | | -61.41 | 16,272.01 |
| 12/12/18 | 519 | HUDSON ENERGY | Dividend paid 40.49% on $27,532.00; Claim# 990; Filed: $0.00; Reference: Stopped: check issued on 09/12/18 | 2400-000 | | -7,863.99 | 24,136.00 |
| 12/12/18 | 574 | ALFONSO BARDALES, MD | Dividend paid 40.49% on $3,741.00; Claim# 1099; Filed: $0.00; Reference: Stopped: check issued on 09/12/18 | 2400-000 | | -1,068.54 | 25,204.54 |
| 12/18/18 | | To Account #5013496666 | Transfer stale dividends per Plan section 6.6 | 9999-00 | | 25,204.54 | 0.00 |
| | | | ACCOUNT TOTALS | | 1,034,165.59 | 1,034,165.59 | $0.00 |

## TOTAL - ACCOUNT 5013496667

| | | | |
|---|---|---|---|
| | Balance Forward | 5,317.42 | |
| 0 | Deposits | 0.00 | 3 Checks -30,157.13 |
| 0 | Interest Postings | 0.00 | 0 Adjustments Out 0.00 |
| | Subtotal | $5,317.42 | 2 Transfers Out 35,692.03 |
| 1 | Adjustments In | 217.48 | Total $5,534.90 |
| 0 | Transfers In | 0.00 | |
| | Total | $5,534.90 | |

{} Asset reference(s)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME:  SACRED HEART HOSPITAL                               CASE NO.: 13-27091

FOR THE PERIOD OCTOBER 1, 2018 - DECEMBER 31, 2018

STATEMENT OF INVENTORY

| | |
|---|---|
| Beginning Inventory | N/A |
| Add: Purchases | N/A |
| Add: Production | N/A |
| Less: goods sold | N/A |
| Less: Sale of Obsolete | N/A |
| Scrap & other adj. | N/A |
| Ending Inventory | N/A |

PAYROLL INFORMATION STATEMENT

| | |
|---|---|
| Gross payroll for this period | 0 |
| Payroll taxes due but unpaid | 0 |

STATUS OF PAYMENTS TO SECURED CREDITORS AND LESSORS

| Name of Creditor/ Lessor | Date regular payment is due | Amount of Regular Payment | Number of Payments Deliquent | Amounts of Payments Deliquent |
|---|---|---|---|---|
| | | | | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME:  SACRED HEART HOSPITAL         CASE NO.:  13-27091

FOR THE PERIOD OCTOBER 1, 2018 - DECEMBER 31, 2018

STATEMENT OF AGED RECEIVABLES

ACCOUNTS RECEIVABLE

| | |
|---|---|
| Beginning of month balance | 0.00 |
| Add:  sales on account | 0.00 |
| Less:  collection | 0.00 |
| End of month balance | 0.00 |

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

STATEMENT OF ACCOUNTS PAYABLE (POST-PETITION)

| | |
|---|---|
| Beginning of month balance | 0.00 |
| Add:  invoices applied | 0.00 |
| Add:  material receipts not yet invoiced | 0.00 |
| Add:  non inventory vendors not yet invoiced | 0.00 |
| Less:  payments of account | 0.00 |
| End of month balance | 0.00 |

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: SACRED HEART HOSPITAL                    CASE NO. 13-27091

FOR THE PERIOD OCTOBER 1, 2018 - DECEMBER 31, 2018

TAX QUESTIONNAIRE

Debtors in possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis.  Please indicate whether the following post petition taxes or withholdings have been paid currently.

|   |   | Yes | No |
|---|---|---|---|
| 1 | Federal Income Taxes | X |   |
| 2 | FICA withholdings | X |   |
| 3 | Employee's withholdings | X |   |
| 4 | Employer's FICA | X |   |
| 5 | Federal Unemployment Taxes | X |   |
| 6 | State Income Taxes | X |   |
| 7 | State Employee withholdings | X |   |
| 8 | All other State Taxes | X |   |

FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: SACRED HEART HOSPITAL        CASE NO. 13-27091

For Quarter Ending December 31, 2018

### DECLARATION UNDER PENALTY OF PERJURY

I, Richard M. Fogel, Liquidating Trustee for the Liquidation Trust of Sacred Heart Hospital, declare under penalty of perjury under the laws of the United States that I have read and I certify that the figures, statements, disbursement itemizations, and account balances as listed in this Monthly Report of the Trustee are true and correct as of the date of this report to the best of my knowledge, information and belief.

/s/ Richard M Fogel
Liquidating Trustee for the
Liquidation Trust of Sacred Heart
Hospital

DATED: January 3, 2018

83246048